RECEIVED

JUL 13 2007

RICHARD W. ...
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

FILED

JUL 16 2007

RICHARD ...
CLERK, U.S. ...
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

Northern District of California

The O.N. EQUITY SALES COMPANY,
an Ohio corporation,

                Plaintiff(s),

v.

THOMAS NEMES, et al.,

                Defendant(s).

CASE NO. C-07-03303 JF

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Joel A. Goodman, an active member in good standing of the bar of Florida whose business address and telephone number (particular court to which applicant is admitted) is

Goodman & Nekvasil, P.A.
14020 Roosevelt Blvd., Suite 808, P.O. Box 17709
Clearwater, FL 33762  Tel: (727) 524-8486

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7/16/07

                                  Jeremy Fogel
                                  United States District Judge