Joel A. Goodman (FL Bar No. 802468)
Admitted *pro hac vice*
Email: gn.law@verizon.net
Goodman & Nekvasil, P.A.
14020 Roosevelt Blvd., Suite 808
P.O. Box 17709
Clearwater, Florida 33762
Telephone: 727-524-8486
Facsimile: 727-524-8786

Richard A. Kutche (CA Bar No. 151950)
Email: rakutche@pacbell.net
Law Offices of Richard A. Kutche
46 South First Street
San Jose, CA 95113
Telephone: (408) 295-0474
Facsimile: (408) 295-6693
Local counsel

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE O.N. EQUITY SALES COMPANY, | Case No. C 07-03303 JF RS |
| Plaintiff, | |
| v. | **DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| THOMAS NEMES, Individually and as Trustee of the THOMAS NEMES TRUST, MICHAEL J. BENKERT, Individually and on Behalf of SHORE 2 SHORE ENTERPRISES, INC., and JERRY J. THOMAS and NANCY M. THOMAS, Individually and as Trustees of the JERRY J. THOMAS and NANCY M. THOMAS 1998 INTER VIVOS TRUST, | |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Thomas Nemes, individually and on behalf of the Thomas Nemes Trust – Defendant.

2. Michael J. Benkert, individually and on behalf of Shore 2 Shore Enterprises, Inc. – Defendant.

3. Jerry J. Thomas, individually and as trustee of the Jerry J. Thomas and Nancy M. Thomas 1998 Inter Vivos Trust – Defendant.

4. Nancy M. Thomas, individually and as trustee of the Jerry J. Thomas and Nancy M. Thomas 1998 Inter Vivos Trust – Defendant.

5. The O.N. Equity Sales Company – Plaintiff

6. The Ohio National Life Insurance Company – Parent company of Plaintiff

Respectfully submitted,

DATED: July 17, 2007

GOODMAN & NEKVASIL, P.A.
By: /s/ Joel A. Goodman
Joel A. Goodman
Attorney *pro hac vice*

LAW OFFICES OF RICHARD A. KUTCHE
Richard A. Kutche
Local counsel

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List below.

/s/ Joel A. Goodman
Joel A. Goodman
Goodman & Nekvasil, P.A.
14020 Roosevelt Blvd., Suite 808
P.O. Box 17709
Clearwater, Florida 33762
Telephone: 727-524-8486
Facsimile: 727-524-8786

**Electronic Mail Notice List**
Daniel T. Balmat
dbalmat@ssd.com, rarroyo@ssd.com

Joseph Anthony Meckes
jmeckes@ssd.com, sfr_docket@ssd.com