UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

The O.N. EQUITY SALES COMPANY,

                Plaintiff(s),

                v.

THOMAS NEMES, et al.,

                Defendant(s).
_____/

CASE NO. C 07-03303 JF RS

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
      request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference September 21, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Joel A. Goodman | Thomas Nemes, et al. | (727) 524-8486 | gn.law@verizon.net |
| Michael R. Reed | The O.N. Equity Sales Company | (614) 365-9900 | reed@litohio.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 08/31/2007                              /s/ Michael R. Reed
                                                            Attorney for Plaintiff

Dated: 08/31/2007                              /s/ Joel A. Goodman
                                                            Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

Joel A. Goodman (FL Bar No. 802468)
Admitted *pro hac vice*
Email: gn.law@verizon.net
Goodman & Nekvasil, P.A.
14020 Roosevelt Blvd., Suite 808
P.O. Box 17709
Clearwater, Florida 33762
Telephone: 727-524-8486
Facsimile: 727-524-8786

Richard A. Kutche (CA Bar No. 151950)
Email: rakutche@pacbell.net
Law Offices of Richard A. Kutche
46 South First Street
San Jose, CA 95113
Telephone: (408) 295-0474
Facsimile: (408) 295-6693
Local counsel

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE O.N. EQUITY SALES COMPANY, | Case No. C 07-03303 JF RS |
| Plaintiff, | |
| v. | **DECLARATION OF JOEL A. GOODMAN** |
| THOMAS NEMES, Individually and as Trustee of the THOMAS NEMES TRUST, MICHAEL J. BENKERT, Individually and on Behalf of SHORE 2 SHORE ENTERPRISES, INC., and JERRY J. THOMAS and NANCY M. THOMAS, Individually and as Trustees of the JERRY J. THOMAS and NANCY M. THOMAS 1998 INTER VIVOS TRUST, | |
| Defendants. | |

I, Joel A. Goodman, declare and state as follows:

1. I am an attorney licensed to practice law before all courts of the State of Florida. I am a member of Goodman & Nekvasil, P.A., counsel for the Defendants in this cause and in the underlying arbitration. I am fully familiar with the facts set forth below. If called to testify at trial I would and could competently testify to the following.

1      2.    Pursuant to this Court's General Order No. 45(X)(B), I attest that I have obtained from Michael R. Reed his concurrence in the filing of the Notice of Need for ADR Phone Conference to which this Declaration is attached, which shall serve in lieu of his signature on the ADR Notice.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

    Dated this 31st day of August, 2007.

    /s/ Joel A. Goodman
    Joel A. Goodman
    Counsel for Defendants

| | |
|---|---|
| 1 | Joel A. Goodman (FL Bar No. 802468) |
|   | Admitted *pro hac vice* |
| 2 | Email: gn.law@verizon.net |
|   | Goodman & Nekvasil, P.A. |
| 3 | 14020 Roosevelt Blvd., Suite 808 |
|   | P.O. Box 17709 |
| 4 | Clearwater, Florida 33762 |
|   | Telephone: 727-524-8486 |
| 5 | Facsimile: 727-524-8786 |
| 6 | Richard A. Kutche (CA Bar No. 151950) |
|   | Email: rakutche@pacbell.net |
| 7 | Law Offices of Richard A. Kutche |
|   | 46 South First Street |
| 8 | San Jose, CA 95113 |
|   | Telephone: (408) 295-0474 |
| 9 | Facsimile: (408) 295-6693 |
|   | Local counsel |
| 10 | |
| 11 | Attorneys for Defendants |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE O.N. EQUITY SALES COMPANY, | Case No. C 07-03303 JF RS |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| THOMAS NEMES, Individually and as Trustee of the THOMAS NEMES TRUST, MICHAEL J. BENKERT, Individually and on Behalf of SHORE 2 SHORE ENTERPRISES, INC., and JERRY J. THOMAS and NANCY M. THOMAS, Individually and as Trustees of the JERRY J. THOMAS and NANCY M. THOMAS 1998 INTER VIVOS TRUST, | |
| Defendants. | |

I hereby certify that on August 31, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List below.

      /s/ Joel A. Goodman
Joel A. Goodman
Goodman & Nekvasil, P.A.
14020 Roosevelt Blvd., Suite 808
P.O. Box 17709
Clearwater, Florida 33762

-1-

1  **Electronic Mail Notice List**
   Daniel T. Balmat
2  dbalmat@ssd.com, rarroyo@ssd.com

3  Joseph Anthony Meckes
   jmeckes@ssd.com, sfr_docket@ssd.com
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28