ZEIGER, TIGGES & LITTLE LLP
Marion H. Little, Jr., Esq. (admitted *pro hac vice*)
Michael R. Reed, Esq. (admitted *pro hac vice*)
3500 Huntington Center
41 South High Street
Columbus, OH 43215
Telephone:     (614) 365-9900
Facsimile:      (614) 365-7900
Email: reed@litohio.com

SQUIRE, SANDERS & DEMPSEY L.L.P.
Joseph A. Meckes (State Bar No. 190279)
Daniel T. Balmat (State Bar No. 230504)
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887
Email: jmeckes@ssd.com
Email: dbalmat@ssd.com

Attorneys for Plaintiff
THE O.N. EQUITY SALES COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| THE O.N. EQUITY SALES COMPANY, an Ohio Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> THOMAS NEMES, INDIVIDUALLY AND AS TRUSTEE OF THE THOMAS NEMES TRUST, and MICHAEL J. BENKERT, INDIVIDUALLY AND ON BEHALF OF SHORE 2 SHORE ENTERPRISES, INC., and JERRY J. THOMAS, INDIVIDUALLY AND AS TRUSTEE OF THE JERRY J. THOMAS AND NANCY M. THOMAS 1998 INTER VIVOS TRUST, and NANCY M. THOMAS, INDIVIDUALLY AND AS TRUSTEE OF THE JERRY J. THOMAS AND NANCY M. THOMAS 1998 INTER VIVOS TRUST. <br><br> Defendants. | Case No. C07-03303 JF (RS) <br><br> The Honorable Jeremy Fogel <br><br> **(FILED VIA ECF/PACER)** <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** <br><br> [E-Filed concurrently with Plaintiff's Notice of Motion and Motion for Preliminary Injunction] <br><br> Date:           TBD <br> Time:          TBD <br> Courtroom:  3, 5th Floor <br><br> Complaint Filed:   June 22, 2007 |

1   This matter is before the Court on Plaintiff's Motion for Preliminary Injunction.  Based on
2   all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion
3   is **GRANTED**.  The Defendants are hereby enjoined from taking any further action with respect
4   to Case No. 07-01378 filed with the National Association of Securities Dealers in or about April
5   2007, and amended on May 2, 2007, and from filing any arbitration claims before the National
6   Association of Securities Dealers, Inc. against ONESCO relating to the Lancorp Fund.

Dated: _____, 2007    _____
United States District Judge

# PROOF OF SERVICE
(Pursuant to Federal Law)

The undersigned certifies and declares as follows:

I, Kim Nhung Phan, am a resident of the State of California and over 18 years of age and am not a party to this action. My business address is One Maritime Plaza, Suite 300, San Francisco, California 94111-3492, which is located in the county where any non-personal service described below took place.

On August 31, 2007, a copy of the following document(s):

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

were served via United States District Court Electronic Filing Service on the party(ies) as set forth below:

    Joel A. Goodman
    Goodman & Nekvasil, P.A.
    Email: gn.law@verizon.net

    Richard Angelo Kutche
    Law Offices of Richard A. Kutche
    Email: rakutche@pacbell.net

    Attorneys for all Defendants.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on August 31, 2007, at San Francisco, California.

                                                    */s/  Kim Nhung Phan*
                                                    KIM NHUNG PHAN

SANFRANCISCO/232174.1