SUBSCRIBER'S DATA SHEET

Name: MICHAEL J. BENKERT

Professional designation: SEMI-RETIRED

Company: _____  Position: PRESIDENT

Business address and telephone number:     Residence address and telephone number:

SHORE 2 SHORE ENTERPRISES, INC.   6835 ELDRIDGE DRIVE
3885 S. DECATUR BLVD. #2010       SAN JOSE, CA 95120-2114
LAS VEGAS, NV 89103

REDACTED        REDACTED

Social Security No.: REDACTED   Date of Birth: 9/28/1935

Citizenship: USA        Education: B.S. + POST GRAD WORK

Spouse: USA             Tax Adviser: GARY R. JOHNSTON

Purchaser Representative: _____

Accredited Investor ($1,000,000 net worth or joint net worth with spouse): (True/False) T

Accredited Investor ($200,000 income in each of the two most recent years or joint income with spouse in excess of $300,000 in each of those years and have a reasonable expectation of reaching the same income level in the current year): (True/False) T

Estimated annual income (last year): $225,000

Estimated annual income (this year): $240,000

Estimated net worth with exclusions: $1.9 M

Previous investments in exempt offerings:

ROOMLINX, INC.
INNOVATIVE COOLING ENTERPRISES, INC.

SB-1

EXHIBIT G