LANCORP FINANCIAL FUND BUSINESS TRUST
ACCREDITED INVESTOR'S LETTER

Lancorp Financial Fund Business Trust
1382 Leigh Court
West Linn, Oregon 97068

Re:    Purchase of Shares in Lancorp Financial Fund Business Trust

Gentlemen:

As a condition precedent to your delivery to the undersigned of a Confidential Memorandum with respect to the offer to purchase Shares in Lancorp Financial Fund Business Trust, a Nevada business trust as described in said Confidential Memorandum, I represent and warrant to you that:

1.    I am an "Accredited Investor" as defined in Rule 501(a) of the Securities Act of 1933, as amended; or

2.    I had income in excess of $200,000 in each of the preceding two years or joint income with my spouse in excess of $300,000 in each of those years and I have a reasonable expectation of reaching the same income level in the current year; or

3.    My net worth or joint worth with my spouse exceeds $1,000,000.

Dated: June 24, 2003.

Signature *[signed]*

Print Name  MICHAEL J. BENKERT

SB-5

EXHIBIT

H