SUBSCRIBER'S DATA SHEET

Name: Jerry J. Thomas
Professional designation: Aerospace Engineer
Company: Lockheed-Martin  Position: RETIRED

Business address and telephone number:    Residence address and telephone number:

N/A

341 Sunkist Lane
Los Altos, CA 94022

(__) ___-____                              **REDACTED**
Social Security No.: **REDACTED**    Date of Birth: 3/19/37

Citizenship: USA       Education: M.S. +
Spouse: Nancy M. Thomas  Tax Adviser: None
Purchaser Representative: None

Accredited Investor ($1,000,000 net worth or joint net worth with spouse): (True/False) True

Accredited Investor ($200,000 income in each of the two most recent years or joint income with spouse in excess of $300,000 in each of those years and have a reasonable expectation of reaching the same income level in the current year): (True/False) _____

Estimated annual income (last year): $_____

Estimated annual income (this year): $_____

Estimated net worth with exclusions: $ 5.0 M

Previous investments in exempt offerings:

NONE

SB-1

**EXHIBIT**

**I**