# OTHER BUSINESS DISCLOSURE REPORTING PAGE (DRP U-4)

## GENERAL INSTRUCTIONS

This Other Business Disclosure Reporting Page (DRP U-4) is an ☒ INITIAL or ☐ AMENDED response used to report details in support of affirmative responses to section 13 on the Form U-4.

13  Are you currently engaged in any other business either as a proprietor, partner, officer, director, employee, trustee, agent or otherwise? (Please exclude non investment-related activity which is exclusively charitable, civic, religious or fraternal and is recognized as tax exempt.)

Please provide the following information relevant to each other business disclosed.

| LAST NAME | JR./SR., etc. | FIRST NAME | MIDDLE NAME (Specify if none) |
|---|---|---|---|
| LANCASTER | | GARY | LYNN |

| CRD# | SOCIAL SECURITY # | FIRM CRD # |
|---|---|---|
| 2730640 | REDACTED | |

**Business 1:**

1. Name of Other Business: UNIVERSAL UNDERWRITER GROUP
   Investment-Related Business? ☐ Yes ☒ No
2. Address of Other Business: 900 SW 16th ST SUITE 220   City: RENTON   State/Country: WA   Zip: 98055
3. Nature of Other Business: PROPERTY & CASUALTY, LIFE & HEALTH SALES & SERVICE
4. Your Position, Title or Relationship with Other Business: ACCOUNT EXECUTIVE
5. Start Date: 01/27/2003   End Date: CURRENT
6. Your Obligation to Other Business: Approximate Number of Hours/Month: 140   How many during securities trading hours/month? 100
7. Briefly describe your duties relating to Other Business: SALES & SERVICE

**Business 2:**

1. Name of Other Business: LANCORP FINANCIAL GROUP LLC
   Investment-Related Business? ☒ Yes ☐ No
2. Address of Other Business: 1382 LEIGH CT   City: WEST LINN   State/Country: OR   Zip: 97068
3. Nature of Other Business: SALES & SERVICE LIFE, HEALTH, ANNUITIES
4. Your Position, Title or Relationship with Other Business: PRESIDENT
5. Start Date: 6/4/1996   End Date: CURRENT
6. Your Obligation to Other Business: Approximate Number of Hours/Month: 2   How many during securities trading hours/month? 0
7. Briefly describe your duties relating to Other Business: SALES & SERVICE

| MONTH (MM) | DAY (DD) | YEAR (YYYY) | SIGNATURE OF APPLICANT |
|---|---|---|---|
| 2 | 11 | 2004 | [signature] |

ONESCO-160 Rev. 11/02

EXHIBIT C

Web CRD - Other Business [User Name: kyates, OrgID: 2936]

000646501276
4/15/05
14:40

## Other Business

| Individual CRD#: 2730640 | Individual Name: LANCASTER, GARY L |

I AM PRESIDENT OF LANCORP FINANCIAL GROUP LLC. LFG RECEIVES COMMISSIONS FROM EXISTING LIFE INSURANCE ANNUITIES AND 401K PLANS (ADDITIONS, ROLLOVERS, ETC). ADDRESS OF 1382 LEIGH CT., WEST LINN, OR 97068. LFG WAS PREVIOUSLY A SOLE PROPRIORTOR DBA LANCASTER INSURANCE ESTABLISHED IN 1973. APPROXIMATELY 10 HOURS PER YEAR DEVOTED TO LFG, NONE OF WHICH IS CONDUCTED DURING SECURITIES TRADING HOURS. DUTIES INCLUDE REVIEWING ANNUAL STATEMENTS, MONITORING INSURANCE COMPANIES SUBMISSION OF STATEMENTS TO THE 401K ADMINISTRATORS ANNUALLY, COMPLETING DOCUMENTS FOR ADDITIONS, ROLLOVERS, ETC. I AM THE OWNER OF A WINE CLUB "LANCASTER LIBATIONS" WHICH IS A NON-PROFIT BUYING CLUB MAINTAINING AN OREGON LIQUOR LICENSE. I HAVE NO DUTIES AS MY WIFE JAYNE CONDUCTS ALL OPERATIONS. UNIVERSAL UNDERWRITERS/NOT INVESTMENT RELATED/PROPERTY CASUALITY/SALES & SERVICE.

- ok electronic file