SUBSCRIBER'S DATA SHEET

Name: THOMAS NEMES

Professional designation: INVESTOR

Company: _____     Position: _____

Business address and telephone number:     Residence address and telephone number:

4081 COSTANILLA WAY

PEBBLE BEACH, CA 93953     SAME

REDACTED

Social Security No.: REDACTED     Date of Birth: 5/24/43

Citizenship: USA     Education: _____

Spouse: JUDITH     Tax Adviser: _____

Purchaser Representative: N/A

Accredited Investor ($1,000,000 net worth or joint net worth with spouse): (True)/False _____

Accredited Investor ($200,000 income in each of the two most recent years or joint income with spouse in excess of $300,000 in each of those years and have a reasonable expectation of reaching the same income level in the current year): (True)/False _____

Estimated annual income (last year): $ 200,000.—

Estimated annual income (this year): $ 200,000.—

Estimated net worth with exclusions: $ 4.5 Mil

Previous investments in exempt offerings:

SCUBA

SB-1

**EXHIBIT E**