**\*\*E-filed 9/7/07\*\***

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

THE O.N. SALES EQUITY CO.,

    Plaintiff,

     v.

THOMAS NEMES, et al.,

    Defendants.
_____

No. C-07-3303-JF

Clerks's Notice

To: All Counsel and Parties in the above named action.

The Court has reserved the date of Friday, November 9, 2007 at 9:00 for the Motion for Preliminary Injunction, filed by Plaintiff on 9/4/2007.

Please report at that to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.

Dated: 9/7/07

For the Court,
Richard W. Wieking, Clerk

Diana Munz
electronic signature
Courtroom Deputy