**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE O.N. EQUITY SALES COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>THOMAS NEMES, Individually and as Trustee of the THOMAS NEMES TRUST, MICHAEL J. BENKERT, Individually and on Behalf of SHORE 2 SHORE ENTERPRISES, INC., and JERRY J. THOMAS and NANCY M. THOMAS, Individually and as Trustees of the JERRY J. THOMAS and NANCY M. THOMAS 1998 INTER VIVOS TRUST,<br><br>    Defendants. | Case No. C 07-03303 JF RS<br><br>Judge Jeremy Fogel<br><br>**[PROPOSED]**<br>**ORDER GRANTING**<br>**DEFENDANTS' MOTION TO**<br>**COMPEL ARBITRATION** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court having reviewed and considered the Defendants' Motion to Compel Arbitration and any responses and replies thereto, it is hereby ordered that the Motion is Granted, and Plaintiff is ordered to arbitrate with the Defendants in the pending arbitration pursuant to the rules of the National Association of Securities Dealers, Inc.

**IT IS SO ORDERED**.

Dated this ____ day of _____, 2007.

                                                        Jeremy Fogel
                                                        United States District Judge