# Exhibit 5

**NASD MANUAL**
**PROCEDURAL RULES**
**NASD CODE OF ARBITRATION PROCEDURE FOR CUSTOMER DISPUTES**
PART II GENERAL ARBITRATION RULES

Copyright © 2007, National Association of

Securities Dealers, Inc.  All Rights Reserved.

12200. Arbitration Under an Arbitration Agreement or the Rules of NASD

  Parties must arbitrate a dispute under the Code if:

  • Arbitration under the Code is either:

    (1) Required by a written agreement, or

    (2) Requested by the customer;

  • The dispute is between a customer and a member or associated person of a member; and

  • The dispute arises in connection with the business activities of the member or the associated person, except disputes involving the insurance business activities of a member that is also an insurance company.

[Adopted to SR-NASD-2003-158 eff. April 16, 2007.]

Manual Rule 12200

END OF DOCUMENT