Exhibit 3

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

THE O.N. EQUITY SALES COMPANY

      Plaintiff,

v.                              CASE NO.  4:07cv269-RH/WCS

CATHERINE A. SCOTT,

      Defendant.

_____/

## ORDER STAYING PROCEEDINGS PENDING RULING ON MOTION TO COMPEL ARBITRATION

Defendant's motion for protective order (document 11) is GRANTED. Plaintiff's motion for an order authorizing the commencement of discovery (document 14) is DENIED.  All proceedings, other than with respect to defendant's motion to compel arbitration (document 10) are stayed pending issuance of a ruling on the motion to compel arbitration.  Plaintiff shall file its response to the motion to compel arbitration by September 13, 2007, in accordance with Local Rule 7.1.

SO ORDERED this 7th  day of September, 2007.

                           s/Robert L. Hinkle_____
                           Chief United States District Judge