ZEIGER, TIGGES & LITTLE LLP
Marion H. Little, Jr., Esq. (admitted *pro hac vice*)
Michael R. Reed, Esq. (admitted *pro hac vice*)
3500 Huntington Center
41 South High Street
Columbus, OH 43215
Telephone:     (614) 365-9900
Facsimile:     (614) 365-7900
Email: reed@litohio.com

SQUIRE, SANDERS & DEMPSEY L.L.P.
Joseph A. Meckes (State Bar No. 190279)
Daniel T. Balmat (State Bar No. 230504)
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887
Email: jmeckes@ssd.com
Email: dbalmat@ssd.com

Attorneys for Plaintiff
THE O.N. EQUITY SALES COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| THE O.N. EQUITY SALES COMPANY, an Ohio Corporation,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>THOMAS NEMES, INDIVIDUALLY AND AS TRUSTEE OF THE THOMAS NEMES TRUST, and MICHAEL J. BENKERT, INDIVIDUALLY AND ON BEHALF OF SHORE 2 SHORE ENTERPRISES, INC., and JERRY J. THOMAS, INDIVIDUALLY AND AS TRUSTEE OF THE JERRY J. THOMAS AND NANCY M. THOMAS 1998 INTER VIVOS TRUST, and NANCY M. THOMAS, INDIVIDUALLY AND AS TRUSTEE OF THE JERRY J. THOMAS AND NANCY M. THOMAS 1998 INTER VIVOS TRUST.<br><br>　　　　　　Defendants. | Case No. C07-03303 JF (RS)<br><br>The Honorable Jeremy Fogel<br><br>**(Filed via ECF/PACER)**<br><br>**PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION FOR CONSOLIDATION OF PRELIMINARY INJUNCTION HEARING WITH TRIAL ON THE MERITS**<br><br>Date:　　　　October 5, 2007<br>Time:　　　　9:00 a.m.<br>Courtroom:　　3, 5th Floor<br><br>Complaint Filed:　June 22, 2007 |

SQUIRE, SANDERS & DEMPSEY L.L.P.
801 South Figueroa, 14th Floor
Los Angeles, CA 90017-5554

PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION FOR CONSOLIDATION OF     Case No. C07-03303 JF (RS)
PRELIMINARY INJUNCTION HEARING WITH TRIAL ON THE MERITS

1    The Court now has the benefit of the parties' written submissions on ONESCO's motion

2   for an order authorizing the parties to engage in immediate discovery on the issue of arbitrability,

3   which address the _same_ arguments Defendants assert in opposition to ONESCO's motion for

4   consolidation of the preliminary injunction hearing with trial on the merits.  For the same reasons

5   stated in ONESCO's reply in support of its motion for an order authorizing the parties to engage

6   in immediate discovery (filed contemporaneously herewith), consolidation is proper.

7    The only issue in this case is the arbitrability of Defendants' NASD claims.  The evidence

8   and arguments presented at a preliminary injunction hearing would be exactly the same as would

9   be presented at a trial on the merits.  After a reasonable period for conducting discovery to

10   address the inherently factual issues _raised by Defendants_, both parties will be able to fully

11   present their evidence at one hearing on the sole issue in this case.  As a result, the Court should

12   grant ONESCO's motion and consolidate the preliminary injunction hearing with trial on the

13   merits.

14

15                                                Respectfully submitted,

16   Dated: September 20, 2007                    ZEIGER, TIGGES & LITTLE LLP

17

18                                                By:_____/s/_____
                                                                Michael R. Reed

19                                                Attorneys for Plaintiff
20                                                THE O.N. EQUITY SALES COMPANY

21   SANFRANCISCO/234786.1

22

23

24

25

26

27

28

PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION FOR CONSOLIDATION OF        Case No. C07-03303 JF (RS)
PRELIMINARY INJUNCTION HEARING WITH TRIAL ON THE MERITS