ZEIGER, TIGGES & LITTLE LLP
Marion H. Little, Jr., Esq. (admitted *pro hac vice*)
Michael R. Reed, Esq. (admitted *pro hac vice*)
3500 Huntington Center
41 South High Street
Columbus, OH  43215
Telephone:     (614) 365-9900
Facsimile:     (614) 365-7900
Email: reed@litohio.com

SQUIRE, SANDERS & DEMPSEY L.L.P.
Joseph A. Meckes (State Bar No. 190279)
Daniel T. Balmat (State Bar No. 230504)
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492
Telephone: +1.415.954.0200
Facsimile:  +1.415.393.9887
Email:  jmeckes@ssd.com
Email:  dbalmat@ssd.com

Attorneys for Plaintiff
THE O.N. EQUITY SALES COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| THE O.N. EQUITY SALES COMPANY, an Ohio Corporation,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>THOMAS NEMES, INDIVIDUALLY AND AS TRUSTEE OF THE THOMAS NEMES TRUST, and MICHAEL J. BENKERT, INDIVIDUALLY AND ON BEHALF OF SHORE 2 SHORE ENTERPRISES, INC., and JERRY J. THOMAS, INDIVIDUALLY AND AS TRUSTEE OF THE JERRY J. THOMAS AND NANCY M. THOMAS 1998 INTER VIVOS TRUST,  and NANCY M. THOMAS, INDIVIDUALLY AND AS TRUSTEE OF THE JERRY J. THOMAS AND NANCY M. THOMAS 1998 INTER VIVOS TRUST.<br><br>　　　　　　Defendants. | Case No.  C07-03303 JF (RS)<br><br>The Honorable Jeremy Fogel<br><br>**(FILED VIA ECF/PACER)**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION UNDER CIVIL RULE 56(f) FOR AN ORDER PRECLUDING SUMMARY DISPOSITION OF DEFENDANTS' MOTION TO COMPEL ARBITRATION PENDING DISCOVERY TO BE TAKEN ON THE ISSUE OF ARBITRABILITY**<br><br>[E-Filed concurrently with Plaintiff's Notice of Motion and Motion]<br><br>Date:　　　　October 5, 2007<br>Time:　　　　9:00 a.m.<br>Courtroom:　　3, 5th Floor<br><br>Complaint Filed:　June 22, 2007 |

**SQUIRE, SANDERS & DEMPSEY L.L.P.**
801 South Figueroa, 14th Floor
Los Angeles, CA  90017-5554

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION UNDER CIVIL RULE 56(f) FOR AN ORDER PRECLUDING SUMMARY DISPOSITION OF DEFENDANTS' MOTION TO COMPEL ARBITRATION PENDING DISCOVERY TO BE TAKEN ON THE ISSUE OF ARBITRABILITY　　Case No. C07-03303 JF (RS)

1   This matter is before the Court on Plaintiff's Motion Under Civil Rule 56(f) for an Order
2   Precluding Summary Disposition of Defendants' Motion to Compel Arbitration Pending
3   Discovery to be Taken on the Issue of Arbitrability.  Based on all the files, records and
4   proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion is **GRANTED**.
5   Summary disposition of Defendants' Motion to Compel Arbitration is precluded pending
6   discovery to be taken on the issue of arbitrability.

Dated: _____, 2007    _____
                                United States District Judge

**SQUIRE, SANDERS & DEMPSEY L.L.P.**
801 South Figueroa, 14th Floor
Los Angeles, CA  90017-5554

- 1 -

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION UNDER CIVIL RULE 56(f) FOR AN ORDER PRECLUDING SUMMARY DISPOSITION OF DEFENDANTS' MOTION TO COMPEL ARBITRATION PENDING DISCOVERY TO BE TAKEN ON THE ISSUE OF ARBITRABILITY

Case No. C07-03303 JF (RS)