UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5™ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, September 21, 2007
**Case Number:** CV-07-3303-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | THE O.N. EQUITY SALES CO. V. THOMAS NEMES, ET AL |
|---|---|
| **PLAINTIFF** | **DEFENDANT** |
| Attorneys Present: Marion Little | Attorneys Present: Joel Goodman |

PROCEEDINGS:
 Case management conference held.   Parties are present.
 The case remains set for motion hearings on 10/5/07 and 11/9/07 at 9:00 a.m.