**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE O.N. EQUITY SALES COMPANY, | Case No. C 07-03303 JF RS |
| Plaintiff, | Judge Jeremy Fogel |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO RESCHEDULE TO NOVEMBER 9, 2007, THE HEARING ON MOTIONS CURRENTLY SET FOR OCTOBER 5, 2007** |
| THOMAS NEMES, Individually and as Trustee of the THOMAS NEMES TRUST, MICHAEL J. BENKERT, Individually and on Behalf of SHORE 2 SHORE ENTERPRISES, INC., and JERRY J. THOMAS and NANCY M. THOMAS, Individually and as Trustees of the JERRY J. THOMAS and NANCY M. THOMAS 1998 INTER VIVOS TRUST, | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court having reviewed and considered the Defendants' Emergency Motion for Administrative Relief to Reschedule to November 9, 2007, the Hearing on Motions Currently Set for October 5, 2007, it is hereby ordered that the Motion is Granted, and all pending motions are scheduled or rescheduled to be heard on November 9, 2007

**IT IS SO ORDERED**.

Dated this ____ day of _____, 2007.

_____
Jeremy Fogel
United States District Judge