Joel A. Goodman (FL Bar No. 802468)
Admitted *pro hac vice*
Email: gn.law@verizon.net
Goodman & Nekvasil, P.A.
14020 Roosevelt Blvd., Suite 808
P.O. Box 17709
Clearwater, Florida 33762
Telephone:  727-524-8486
Facsimile:  727-524-8786

Richard A. Kutche (CA Bar No. 151950)
Email: rakutche@pacbell.net
Law Offices of Richard A. Kutche
46 South First Street
San Jose, CA 95113
Telephone:  (408) 295-0474
Facsimile: (408) 295-6693
Local counsel

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE O.N. EQUITY SALES COMPANY, | Case No. C 07-03303 JF RS |
| Plaintiff, | Judge Jeremy Fogel |
| v. | **DECLARATION OF JOEL A. GOODMAN** |
| THOMAS NEMES, Individually and as Trustee of the THOMAS NEMES TRUST, MICHAEL J. BENKERT, Individually and on Behalf of SHORE 2 SHORE ENTERPRISES, INC., and JERRY J. THOMAS and NANCY M. THOMAS, Individually and as Trustees of the JERRY J. THOMAS and NANCY M. THOMAS 1998 INTER VIVOS TRUST, | |
| Defendants. | |

I, Joel A. Goodman, declare and state as follows:

1. I am an attorney licensed to practice law in the States of Florida, Massachusetts, and Pennsylvania. I am a member of Goodman & Nekvasil, P.A., counsel for the Defendants in the arbitration that underlies the above-styled case. I am fully familiar with the facts set forth below, and, if called to testify, I would and could competently testify to these facts.

2. Plaintiff O.N. Equity Sales Company ("ONESCO") opposes rescheduling to November 9, 2007, the motions that are currently set to be heard on October 5, 2007.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated this 1st day of October, 2007.

                                              s/Joel A. Goodman
                                              Joel A. Goodman
                                              Counsel for Defendants