# Exhibit 1

CIVIL NON-JURY TRIAL OR MOTION HEARING
MINUTE SHEET

DATE: 9/28/07

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br>The O.N. Equity Sales Company<br>v.<br>Durwood G. Robinson | CASE NO: 3:07cv378<br>JUDGE: Williams<br>COURT REPORTER: Halasz |

MATTER COMES ON FOR: BENCH TRIAL ( ) MOTION HEARING ( x ) OTHER: _____

APPEARANCES: Parties by ( x )/with ( ) counsel   Pro Se ( )

MOTIONS BEFORE TRIAL: _____

**TRIAL PROCEEDINGS:**
WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( ) DEFENDANT(S) ( ) COURT ( )

OPENING STATEMENTS MADE ( )    OPENING WAIVED ( )

PLAINTIFF(S) ADUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )    SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )    ARGUMENTS OF COUNSEL HEARD (✓) [Plf's]

FINDINGS OF FACT AND CONCLUSIONS OF LAW STATED FROM THE BENCH (✓)

MATTER TAKEN UNDER ADVISEMENT BY THE COURT ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )    MONETARY AWARD $ _____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )    TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS: __Dft's Motion to Compel Arbitration is GRANTED. Plf's Motion for an Order authorizing the parties to engage in immediate discovery on the issue of arbitration - DENIED. Plf's Motion under Rule 56(f) for an order precluding summary disposition of dft's motion to compel arbitration is DENIED. Dft's Motion for Protective Order, Plf's Motion for Preliminary Injunction and the Plf's Motion for Consolidation are DENIED as MOOT. Order to enter.

Counsel for Plaintiff(s) Vernon Inge, Jr., Esq., Marion Little, Esq.

Counsel for Defendant(s) Joel Goodman, Esq., Charles Austin, Esq.

SET: 10:00    BEGAN: 10:00 ENDED: 10:30    TIME IN COURT: :30

RECESSES: