**E-Filed 10/03/2007**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| O.N. EQUITY SALES COMPANY, an Ohio Corporation,<br><br>                    Plaintiff,<br><br>                    v.<br><br>THOMAS NEMES, et. al.,<br><br>                  Defendants. | Case Number C 07-03303<br><br>ORDER[1] DENYING DEFENDANTS' EMERGENCY MOTION FOR ADMINISTRATIVE RELIEF<br><br>[re: docket nos. 37, 38] |

      Defendants have filed an emergency motion for administrative relief by which they seek to postpone the hearing on Plaintiff's motion for expedited discovery now scheduled for hearing on October 5, 2007, to November 9, 2007, the hearing date for Plaintiff's motion for a preliminary injunction. Essentially, Defendants assert that the contractual arbitration clause precludes the present action in its entirety, and that the question of whether Plaintiff is entitled to discovery should be decided at the same time as the Court addresses the issue of arbitrability.

      Under Ninth Circuit authority, a party's entitlement to discovery ordinarily should be addressed before the ultimate issue of arbitrability is decided. *See, e.g.*, *Aguirre v. Chula Vista*

---

[1] This disposition is not designated for publication and may not be cited.

1  *Sanitary Serv.*, 542 F.2d 779, 781 (9th Cir. 1976).  However, as it indicated it would do at the
2  case management conference on September 21, 2007, the Court will consider the arguments with
3  respect to arbitrability contained in the parties' moving papers related to the November 9 hearing
4  prior to deciding the motion for expedited discovery.  Accordingly, the Court concludes that
5  there is no reason to reschedule the October 5 hearing.

### IV.  ORDER

8      Good cause therefor appearing, IT IS HEREBY ORDERED that the motion for
9  administrative relief is DENIED.  The hearing on Plaintiff's motion to expedite discovery will
10 proceed as scheduled.

12 DATED: October 3, 2007.

                                    JEREMY FOGEL
                                    United States District Judge

1  This Order has been served upon the following persons:

2  Daniel T. Balmat          dbalmat@ssd.com, rarroyo@ssd.com

3  Joseph Anthony Meckes        jmeckes@ssd.com, sfr_docket@ssd.com

4  Michael R.Reed          reed@litohio.com

5  Marion Homer Little, Jr.      Little@litohio.com