Joel A. Goodman (FL Bar No. 802468)
Admitted *pro hac vice*
Email: gn.law@verizon.net
Goodman & Nekvasil, P.A.
14020 Roosevelt Blvd., Suite 808
P.O. Box 17709
Clearwater, Florida 33762
Telephone: 727-524-8486
Facsimile: 727-524-8786

Richard A. Kutche (CA Bar No. 151950)
Email: rakutche@pacbell.net
Law Offices of Richard A. Kutche
46 South First Street
San Jose, CA 95113
Telephone: (408) 295-0474
Facsimile: (408) 295-6693
Local counsel

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE O.N. EQUITY SALES COMPANY, </br></br> Plaintiff, </br></br> v. </br></br> THOMAS NEMES, Individually and as Trustee of the THOMAS NEMES TRUST, MICHAEL J. BENKERT, Individually and on Behalf of SHORE 2 SHORE ENTERPRISES, INC., and JERRY J. THOMAS and NANCY M. THOMAS, Individually and as Trustees of the JERRY J. THOMAS and NANCY M. THOMAS 1998 INTER VIVOS TRUST, </br></br> Defendants. | Case No. C 07-03303 JF RS </br></br></br></br> **DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

In support of the Defendants' pending motions and in opposition to the pending motions filed by Plaintiff O.N. Equity Sales Company ("ONESCO"), Defendants hereby give notice of their intent to rely on the following attached supplemental authority, in which the magistrate today decided in an identical case involving the same issues to deny ONESCO's request for immediate discovery, because the district judge would "be able to decide whether the Defendants are entitled to arbitrate under the National Association of Securities Dealers, Inc. ("NASD"), Rule 10301 without any

discovery." <u>O.N. Equity Sales Company v. Rahner</u>, 07-cv-01323-MSK-MJW (D. Colo. Oct. 3, 2007).

                                  Respectfully submitted,

DATED: October 3, 2007            GOODMAN & NEKVASIL, P.A.
                                        By: /s/ Joel A. Goodman
                                          Joel A. Goodman
                                          Attorney *pro hac vice*

                                  LAW OFFICES OF RICHARD A. KUTCHE
                                      Richard A. Kutche
                                      Local counsel

                                  Attorneys for Defendants

## CERTIFICATE OF SERVICE

      I hereby certify that on October 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List below.

                                  /s/ Joel A. Goodman
                                  Joel A. Goodman
                                  Goodman & Nekvasil, P.A.
                                  14020 Roosevelt Blvd., Suite 808
                                  P.O. Box 17709
                                  Clearwater, Florida 33762
                                  Telephone: 727-524-8486
                                  Facsimile: 727-524-8786

**Electronic Mail Notice List**

| | |
|---|---|
| Daniel T. Balmat | Marion Homer Little, Jr, |
| dbalmat@ssd.com, rarroyo@ssd.com | little@litohio.com |
| | |
| Joseph Anthony Meckes | Michael R. Reed |
| jmeckes@ssd.com, sfr_docket@ssd.com | reed@litohio.com |