**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, October 5, 2007
**Case Number:** CV-07-3303-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

| TITLE: | THE O.N. EQUITY SALES CO. V. THOMAS NEMES, ET AL |
|---|---|
| | **PLAINTIFF**                    **DEFENDANT** |
| | **Attorneys Present: Marion Little, William Price**    **Attorneys Present: Joel Goodman** |

PROCEEDINGS:

Hearing on Motion to Consolidate Preliminary Injunction Hearing and Evidentiary Hearing and Motion to Expedite Discovery held. Parties are present. The motions are taken under submission.