**\*\*E-filed 10/19/07\*\***

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

THE ON EQUITY SALES,

    Plaintiff,

     v.

THOMAS NEMES,

    Defendants.
_____

No. C-07-3303-JF

Clerks's Notice

To: All Counsel and Parties in the above named action.

The Court has vacated the Motions in this matter scheduled for Friday, November 9, 2207 and taken them under submission. No appearance is necessary.

Dated: 10/19/07

For the Court,
Richard W. Wieking, Clerk

Diana Munz
electronic signature
Courtroom Deputy