1
2
3                     UNITED STATES DISTRICT COURT
4                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                             SAN JOSE DIVISION
6
7
8   THE O.N. EQUITY SALES CO.,              Case Number CV-07-3303-JF
                    Plaintiff,
    V.                                      Case Management Conference
9
    THOMAS NEMES,                           June 6, 2008
10                  Defendant.
                                            CLERK'S NOTICE
11  _____

12

13  To all Parties and Attorneys of Record:

14  A Case Management Conference has been set on June 6, 2008 at 10:30 a.m.

15  before Judge Jeremy Fogel.  Please report at that time to courtroom 3 on the

16  5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

17

18   February 8, 2008                    For the Court
                                         Richard W. Wieking, Clerk
19

20                                       By:___/s/_____
                                         Diana Munz
21                                       Courtroom Deputy Clerk

22
23
24
25
26
27
28