1
2                                                          **E-filed 2/13/08**
3
4
5
6
7        UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
                                  CALIFORNIA
8                              SAN JOSE DIVISION
9
10 O N SALES,
11                                              No. C-07-3303-JF
        Plaintiff,
12
         v.                                     Clerks's Notice
13
   NEMES, et al.,
14
        Defendant.
15 _____
16 To: All Counsel and Parties in the above named action.
17
   The Court has vacated the Case Management Conference currently
18 scheduled for June 6, 2008.  The case has been administratively
   closed.
19
   Please to report to Courtroom 3, on the 5th floor, United States
20 District Courthouse, 280 South First Street, San Jose, CA 95113.
21
22
   Dated: 2/13/08                       For the Court,
23                                      Richard W. Wieking, Clerk
24                                      Diana Munz
                                        electronic signature
25                                      Courtroom Deputy
26
27
28