ORIGINAL

ZEIGER, TIGGES & LITTLE LLP
Marion H. Little, Jr., Esq. (admitted *pro hac vice*)
Michael R. Reed, Esq. (admitted *pro hac vice*)
3500 Huntington Center
41 South High Street
Columbus, OH 43215
Telephone:   (614) 365-9900
Facsimile:    (614) 365-7900
Email: reed@litohio.com

SQUIRE, SANDERS & DEMPSEY L.L.P.
Joseph A. Meckes (State Bar No. 190279)
Daniel T. Balmat (State Bar No. 230504)
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492
Telephone: +1.415.954.0200
Facsimile:   +1.415.393.9887
Email: jmeckes@ssd.com
Email: dbalmat@ssd.com

Attorneys for Plaintiff
THE O.N. EQUITY SALES COMPANY

FILED

2008 FEB 27  P 4: 55

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| THE O.N. EQUITY SALES COMPANY, an Ohio Corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>THOMAS NEMES, INDIVIDUALLY AND AS TRUSTEE OF THE THOMAS NEMES TRUST, and MICHAEL J. BENKERT, INDIVIDUALLY AND ON BEHALF OF SHORE 2 SHORE ENTERPRISES, INC., and JERRY J. THOMAS, INDIVIDUALLY AND AS TRUSTEE OF THE JERRY J. THOMAS AND NANCY M. THOMAS 1998 INTER VIVOS TRUST, and NANCY M. THOMAS, INDIVIDUALLY AND AS TRUSTEE OF THE JERRY J. THOMAS AND NANCY M. THOMAS 1998 INTER VIVOS TRUST.<br><br>　　　　　　Defendants. | Case No. C07-03303 JF (RS)<br><br>The Honorable Jeremy Fogel<br>Courtroom 3, 5th Floor<br><br>**NOTICE OF APPEAL**<br><br>Complaint Filed:   June 22, 2007 |

1  PLEASE TAKE NOTICE THAT Plaintiff, The O.N. Equity Sales Company, hereby
2  appeals to the United States Court of Appeals for the Ninth Circuit from the Order of the U.S.
3  District Court, Northern District of California, granting Defendant's Motion to Compel
4  Arbitration and Denying Plaintiff's Motion for Preliminary Injunction and all remaining motions
5  as moot, and dismissing the case, (Docket No. 48), dated January 28, 2008.

Respectfully submitted,

Dated: February 27, 2008

SQUIRE, SANDERS & DEMPSEY L.L.P.

By: _____
Daniel T. Balmat

Attorneys for Plaintiff
THE O.N. EQUITY SALES COMPANY

SANFRANCISCO/253604.1

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Maritime Plaza, Suite 300, San Francisco, California 94111-3492. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On February 27, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**NOTICE OF APPEAL**

in a sealed envelope, postage fully paid, addressed as follows:

| | |
|---|---|
| Joel A. Goodman<br>**GOODMAN & NEKVASIL, P.A.**<br>14020 Roosevelt Blvd., Suite 808<br>P.O. Box 17709<br>Clearwater, FL 33762<br>Tel:    (727) 524-8486<br>Fax:   (727) 524-8786<br>Email: gn.law@verizon.net | *Lead Attorney for Defendants*<br>Jerry J. Thomas, Michael J. Benkert, Nancy M. Thomas, and Thomas Nemes |
| Richard Angelo Kutche<br>46 South First Street<br>San Jose, CA 95113<br>Tel:    (408) 295-0474<br>Fax:   (408) 295-0471<br>Email: rakutche@pacbell.net | *Attorney for Defendants*<br>Jerry J. Thomas, Michael J. Benkert, Nancy M. Thomas, and Thomas Nemes |

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 27, 2008, at San Francisco, California.

_____
Regina Arroyo

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611002675
Cashier ID: harwellt
Transaction Date: 02/27/2008
Payer Name: Nationwide Legal Inc.

NOTICE OF APPEAL/DOCKETING FEE
 For: The O.N. Equity Sales Co.
 Case/Party: D-CAN-5-07-CV-003303-001
 Amount:         $455.00
----------------------------------------
CHECK
 Check/Money Order Num: 11085
 Amt Tendered: $455.00
----------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

Case # 07-cv-03303-JF


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```