ORIGINAL

ZEIGER, TIGGES & LITTLE LLP
Marion H. Little, Jr., Esq. (admitted *pro hac vice*)
Michael R. Reed, Esq. (admitted *pro hac vice*)
3500 Huntington Center
41 South High Street
Columbus, OH 43215
Telephone:    (614) 365-9900
Facsimile:    (614) 365-7900
Email: reed@litohio.com

SQUIRE, SANDERS & DEMPSEY L.L.P.
Joseph A. Meckes (State Bar No. 190279)
Daniel T. Balmat (State Bar No. 230504)
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492
Telephone: +1.415.954.0200
Facsimile:  +1.415.393.9887
Email: jmeckes@ssd.com
Email: dbalmat@ssd.com

Attorneys for Plaintiff
THE O.N. EQUITY SALES COMPANY

FILED

2008 FEB 27 P 4: 55

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| THE O.N. EQUITY SALES COMPANY, an Ohio Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS NEMES, INDIVIDUALLY AND AS TRUSTEE OF THE THOMAS NEMES TRUST, and MICHAEL J. BENKERT, INDIVIDUALLY AND ON BEHALF OF SHORE 2 SHORE ENTERPRISES, INC., and JERRY J. THOMAS, INDIVIDUALLY AND AS TRUSTEE OF THE JERRY J. THOMAS AND NANCY M. THOMAS 1998 INTER VIVOS TRUST, and NANCY M. THOMAS, INDIVIDUALLY AND AS TRUSTEE OF THE JERRY J. THOMAS AND NANCY M. THOMAS 1998 INTER VIVOS TRUST.<br><br>Defendants. | Case No. C07-03303 JF (RS)<br><br>The Honorable Jeremy Fogel<br>Courtroom 3, 5th Floor<br><br>**REPRESENTATION NOTICE**<br><br>Complaint Filed:   June 22, 2007 |

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

PLAINTIFF'S REPRESENTATION NOTICE -- Case No. C07-03303 JF (RS)

Plaintiff, The O.N. Equity Sales Company, pursuant to Ninth Circuit Rule 302, hereby lists each of the parties to this action together with the name, address, and telephone numbers of their respective counsel.

Plaintiff The O.N. Equity Sales Company:

> Marion H. Little, Jr. (Ohio Bar # 0042679)
> little@litohio.com
> Michael R. Reed (Ohio Bar # 0063995)
> reed@litohio.com
> Christopher J. Hogan (Ohio Bar # 0079829)
> ZEIGER, TIGGES & LITTLE LLP
> 3500 Huntington Center
> 41 South High Street
> Columbus, OH 43215
> Telephone: +614.365-9900
> Facsimile: +614.365-7900
>
> Joseph A. Meckes (State Bar No. 190279)
> Email: jmeckes@ssd.com
> Daniel T. Balmat (State Bar No. 230504)
> Email: dbalmat@ssd.com
> SQUIRE, SANDERS & DEMPSEY L.L.P.
> One Maritime Plaza, Suite 300
> San Francisco, CA 94111-3492
> Telephone: (415) 954-0200
> Facsimile: (415) 393-9887

Defendant Daniel Maria Cui:

> Joel A. Goodman (FL Bar No. 802468)
> gn.law@erizon.net
> Goodman & Nekvasil P.A.
> 14020 Roosevelt Blvd., Suite 808
> P.O. Box 17709
> Clearwater, Florida 33762
> Telephone: +727.524-8486
> Telephone: +727.524-8786

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1
2
3
4   Richard Angelo Kutche
    rakutche@pacbell.net
    46 South First Street
    San Jose, CA 95113
    Telephone: 408-971-9993
    Facsimile: 408-295-5008

5

6                                          Respectfully submitted,

7   Dated: February 27, 2008               SQUIRE, SANDERS & DEMPSEY L.L.P.

8

9                                          By: _____
                                                   Daniel T. Balmat

10
                                           Attorneys for Plaintiff
11                                         THE O.N. EQUITY SALES COMPANY

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Maritime Plaza, Suite 300, San Francisco, California 94111-3492. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On February 27, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**REPRESENTATION NOTICE**

in a sealed envelope, postage fully paid, addressed as follows:

| | |
|---|---|
| Joel A. Goodman<br>**GOODMAN & NEKVASIL, P.A.**<br>14020 Roosevelt Blvd., Suite 808<br>P.O. Box 17709<br>Clearwater, FL  33762<br>Tel:    (727) 524-8486<br>Fax:   (727) 524-8786<br>Email: gn.law@verizon.net | *Lead Attorney for Defendants*<br>Jerry J. Thomas, Michael J. Benkert, Nancy M. Thomas, and Thomas Nemes |
| Richard Angelo Kutche<br>46 South First Street<br>San Jose, CA  95113<br>Tel:    (408) 295-0474<br>Fax:   (408) 295-0471<br>Email: rakutche@pacbell.net | *Attorney for Defendants*<br>Jerry J. Thomas, Michael J. Benkert, Nancy M. Thomas, and Thomas Nemes |

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 27, 2008, at San Francisco, California.

_____
Regina Arroyo