UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

March 3, 2008

RECEIVED
2008 MAR 11  PM 3:01
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

**CASE INFORMATION:**
Short Case Title: THE O.N. EQUITY SALES COMPANY -v- THOMAS NEMES, ET AL
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: San Jose; Jeremy Fogel
Criminal and/or Civil Case No.: CV 07-03303 JF
Date Complaint/Indictment/Petition Filed: 6/22/2007
Date Appealed order/judgment *entered* 1/28/2008
Date NOA *filed* 2/27/2008
Date(s) of Indictment  Plea Hearing  Sentencing

08-15454

COA Status (check one):
☐ granted in full (attach order)       ☐ denied in full (send record)
☐ granted in part (attach order)       ☐ pending

Court Reporter(s) Name & Phone Number: Summer Clanton 408-288-6150

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: 2/27/2008
Date FP granted:
Is FP pending? ☐ yes ☐ no
US Government Appeal? ☐ yes ☐ no
Companion Cases? Please list:

Date Docket Fee Billed:
Date FP denied:
Was FP limited ☐? Revoked ☐?

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel: Daniel T. Balmat
Squire Sanders & Dempsey L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492
415-954-0200

Appellee Counsel: Joel A. Goodman
Goodman & Nekvasil, P.A.
14020 Roosevelt Blvd., Suite 808
P.O. Box 17709
Clearwater, FL 33762
727-524-8486

☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:
Custody:
Bail:
Address:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:          9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: Gordana Macic
408-535-5382

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 05 2008

MOLLY DWYER, ACTING CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| The O.N. Equity Sales Company, an Ohio corporation,<br><br>Plaintiff - Appellant<br><br>v.<br><br>Thomas Nemes, individually and as Trustee of the Thomas Nemes Trust; Michael Benkert, individually and on behalf of Shore 2 Shore Enterprises, Inc.; Jerry J. Thomas, individually and as a Trustee of the Jerry J. Thomas and Nancy M. Thomas 1998 Inter Vos Trust; Nancy M. Thomas, individually and as a Trustee of the Jerry J. Thomas and Nancy M. Thomas 1998 Inter Vos Trust,<br><br>Defendants - Appellees | No. 08-15454<br>D.C. No. 07-CV-03303-JF<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule:

**Mon., March 10, 2008**     Appellant/petitioner shall notify appellee/respondent of transcripts to be ordered, pursuant to 9th Cir. R. 10-3.1(a);

**Tue., March 18, 2008**     Appellee/respondent shall notify appellant/petitioner of any additional transcripts needed, pursuant to 9th Cir. R. 10-3.1(b);

**Fri., March 28, 2008**     Appellant/petitioner shall file transcript order form with the district court and make payment arrangements with court reporter, pursuant to 9th Cir. R. 10-3.1;

| | |
|---|---|
| **Mon., April 28, 2008** | Court reporter shall file transcript in the district court, pursuant to FRAP 11(b) and 9th Cir. R. 11-1.1; |
| **Fri., June 13, 2008** | Appellant/petitioner's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1; |
| **Mon., July 14, 2008** | The brief of appellee/respondent shall be filed and served, pursuant to FRAP 32 and 9th Cir. R. 32-1 |

**The optional appellant/petitioner reply brief shall be filed and served within fourteen days of service of the appellee/respondent's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1**

**Appellants/Petitioners without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a). Within 10 days of the filing of the appellant's opening brief, parties may file a statement setting forth the reasons why, in the opinion of the parties, oral argument should be heard.**

FOR THE COURT:

Molly Dwyer
Acting Clerk of Court

Gerald Rosen
Deputy Clerk