ZEIGER, TIGGES & LITTLE LLP
Marion H. Little, Jr., Esq. (admitted *pro hac vice*)
Michael R. Reed, Esq. (admitted *pro hac vice*)
3500 Huntington Center
41 South High Street
Columbus, OH 43215
Telephone:    (614) 365-9900
Facsimile:    (614) 365-7900
Email: reed@litohio.com

SQUIRE, SANDERS & DEMPSEY L.L.P.
Joseph A. Meckes (State Bar No. 190279)
Daniel T. Balmat (State Bar No. 230504)
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492
Telephone: +1.415.954.0200
Facsimile:  +1.415.393.9887
Email: jmeckes@ssd.com
Email: dbalmat@ssd.com

Attorneys for Plaintiff
THE O.N. EQUITY SALES COMPANY

FILED

2008 MAR 28 A 11: 15

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| THE O.N. EQUITY SALES COMPANY, an Ohio Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS NEMES, INDIVIDUALLY AND AS TRUSTEE OF THE THOMAS NEMES TRUST, and MICHAEL J. BENKERT, INDIVIDUALLY AND ON BEHALF OF SHORE 2 SHORE ENTERPRISES, INC., and JERRY J. THOMAS, INDIVIDUALLY AND AS TRUSTEE OF THE JERRY J. THOMAS AND NANCY M. THOMAS 1998 INTER VIVOS TRUST, and NANCY M. THOMAS, INDIVIDUALLY AND AS TRUSTEE OF THE JERRY J. THOMAS AND NANCY M. THOMAS 1998 INTER VIVOS TRUST.<br><br>Defendants. | Case No. C07-03303 JF (RS)<br><br>The Honorable Jeremy Fogel<br>Courtroom 3, 5th Floor<br><br>**PLAINTIFF/APPELLANT'S CERTIFICATE THAT TRANSCRIPT IS UNNECESSARY**<br><br>(9th Cir. Rule 10-3.1)<br><br>Complaint Filed:    June 22, 2007 |

Pursuant to Ninth Circuit Rule 10-3.1(f), Plaintiff/Appellant The O.N. Equity Sales Company ("ONESCO") hereby certifies that it does not intend to order a transcript of the proceedings in this case, in conjunction with Ninth Circuit Appeal Number 08-15454. ONESCO believes that the transcript deemed "necessary" by Defendants/Appellees is, in fact, unnecessary to the resolution of the issues on appeal.

On March 4, 2008, ONESCO filed and served on Defendant/Appellee a transcript designation form in which ONESCO stated its intent to order no transcripts in this case. ONESCO believes that no transcripts are necessary in this case because the Court decided the parties' respective motions for preliminary injunction, to compel arbitration, and for discovery *on the papers* submitted by the parties, *without conducting an evidentiary hearing and without permitting the parties to engage in discovery*.

Nonetheless, on or about March 17, 2008, Defendants/Appellees served upon ONESCO a response stating their belief that a transcript of a non-evidentiary hearing held on October 5, 2007 is necessary to the appeal. [Exh. A.] ONESCO, however, believes that a transcript of such hearing is unnecessary to this appeal. Indeed, the hearing in question entailed nothing more than preliminary *oral argument* offered by the parties' respective counsel—oral argument that, at most, simply repeated the arguments the parties raised *in their respective motion briefs*. No evidence/testimony was offered at the hearing and no substantive orders were issued by the Court.

In short, the October 5, 2007 conference/oral argument adds nothing to the record on appeal, which consists of the various documents and exhibits upon which the Court apparently relied in issuing its written decision on the parties' respective motions. Indeed, such argument is no different than the parties' "briefs or other memoranda of law," which, pursuant to Ninth Circuit Rule 30-1.5, are generally not to be included in the excerpts of record on appeal. As a

///
///
///
///
///

1  result, ONESCO believes that a transcript of the October 5, 2007 oral argument is unnecessary to
2  the appeal. If Defendants/Appellees truly believe such a transcript is necessary, they should be
3  required to order and pay for it.

Dated: March 28, 2008

Respectfully submitted,

SQUIRE, SANDERS & DEMPSEY L.L.P.

By: _____
        Daniel T. Balmat

Attorneys for Plaintiff
THE O.N. EQUITY SALES COMPANY

03/17/2008  16:37   7275248786              GOODMAN AND NEKVASIL              PAGE  02/03

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

The O.N. EQUITY SALES COMPANY,   )
                                 )
    Plaintiff-Appellant,         )
                                 )
    v.                           )   Case No: 08-15454
                                 )
THOMAS NEMES, et al.,            )
                                 )
    Defendants-Appellees.        )
_____)

## APPELLEES' RESPONSE TO APPELLANT'S INITIAL NOTICE REGARDING REPORTER'S TRANSCRIPT

Pursuant to Ninth Circuit Rule 10-3.1(b) and in response to the Appellant's notice under Ninth Circuit Rule 10-3.1(a), Appellee hereby list the following additional transcript that Appellee deems necessary to the appeal:

    Transcript of hearing on October 5, 2007, before the Honorable Jeremy Fogel in N.D. Cal. Case No. C 07-03303

Respectfully submitted,

Dated: March 17, 2008

*[signature]*

Joel A. Goodman, Esq.
Goodman & Nekvasil, P.A.
14020 Roosevelt Blvd., Suite 808
P.O. Box 17709
Clearwater, Florida 33762
Telephone: 727-524-8486
Facsimile: 727-524-8786
Attorneys for Appellee

EXHIBIT A

## CERTIFICATE OF SERVICE

I certify that a copy hereof was furnished to Marion H. Little, Jr., Esq., and Christopher J. Hogan, Esq., Zeiger, Tigges & Little, LLP, 3500 Huntington Center, 41 South High Street, Columbus, OH 43215, by facsimile and U.S. Mail, this 17th day of March, 2008.

Respectfully Submitted,

GOODMAN & NEKVASIL, P.A.

Joel A. Goodman, Esq.
4020 Roosevelt Blvd., Suite 808
P.O. Box 17709
Clearwater, Florida 33762
Telephone: 727-524-8486
Facsimile: 727-524-8786
Attorneys for Appellee

2

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Maritime Plaza, Suite 300, San Francisco, California 94111-3492. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On March 28, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**PLAINTIFF/APPELLANT'S CERTIFICATE THAT TRANSCRIPT IS UNNECESSARY**

in a sealed envelope, postage fully paid, addressed as follows:

| | |
|---|---|
| Joel A. Goodman<br>**GOODMAN & NEKVASIL, P.A.**<br>14020 Roosevelt Blvd., Suite 808<br>P.O. Box 17709<br>Clearwater, FL  33762<br>Tel:   (727) 524-8486<br>Fax:   (727) 524-8786<br>Email: gn.law@verizon.net | *Lead Attorney for Defendants*<br>Jerry J. Thomas, Michael J. Benkert, Nancy M. Thomas, and Thomas Nemes |
| Richard Angelo Kutche<br>46 South First Street<br>San Jose, CA  95113<br>Tel:   (408) 295-0474<br>Fax:   (408) 295-0471<br>Email: rakutche@pacbell.net | *Attorney for Defendants*<br>Jerry J. Thomas, Michael J. Benkert, Nancy M. Thomas, and Thomas Nemes |

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 28, 2008, at San Francisco, California.

_____
Regina Arroyo

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

PROOF OF SERVICE

-3-

Case No. C07-03303 JF (RS)