UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE DIVISION)

| | |
|---|---|
| THE O.N. EQUITY SALES COMPANY, an Ohio Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS NEMES, INDIVIDUALLY AND AS TRUSTEE OF THE THOMAS NEMES TRUST, and MICHAEL J. BENKERT, INDIVIDUALLY AND ON BEHALF OF SHORE 2 SHORE ENTERPRISES, INC., and JERRY J. THOMAS, INDIVIDUALLY AND AS TRUSTEE OF THE JERRY J. THOMAS AND NANCY M. THOMAS 1998 INTER VIVOS TRUST, and NANCY M. THOMAS, INDIVIDUALLY AND AS TRUSTEE OF THE JERRY J. THOMAS AND NANCY M. THOMAS 1998 INTER VIVOS TRUST<br><br>Defendants. | Case No. C07-03303 JF (RS)<br><br>The Honorable Jeremy Fogel |

## AFFIDAVIT OF MARION H. LITTLE, JR.

State of Ohio
County of Franklin ss.

Marion H. Little, Jr., first being duly sworn according to law, deposes and states that he has personal knowledge of matters set forth herein except as specifically noted otherwise, and further states as follows:

1. I am one of the attorneys representing The O. N. Equity Sales Company ("ONESCO"), the Plaintiff in the above-referenced action.

2. I am also one of the attorneys representing ONESCO in a series of Financial Industry Regulatory Authority, formerly National Association of Securities Dealers ("NASD"), arbitration actions filed against ONESCO by numerous parties who are represented

by counsel for Defendants in this action, Joel A. Goodman and his firm, Goodman & Nekvasil, P.A.

3. Although formal discovery has not been permitted in this case, I have recently participated, as counsel for Respondent, in an NASD arbitration hearing in Pracht, et al. v. The O.N. Equity Sales Company, NASD Case No. 07-00948. Attached as Exh. A hereto is a true and accurate copy of relevant portions of the transcript of testimony offered by Gary Lancaster on direct and cross examination, as part of the hearing held in Atlanta, Georgia during the week of February 4 to February 8, 2008.

4. Also attached as Exhibits B, C, And D hereto are copies of the unpublished judicial decisions cited in ONESCO's Motion for Relief From Judgment Under Civil Rule 60(b)(2) & (3).

Further affiant sayeth naught.

_____
Marion H. Little, Jr.

Sworn to and subscribed before me this 20th day of March, 2008.

_____
Notary Public

414-011:184330

TERRI L. THOMPSON
Notary Public, State of Ohio
My commission expires 08/24/2009