# United States District Court
## Northern District of California
### Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 08-15454       U.S. District Court Case No. 07-03303

Short Case Title  O.N. Equity Sales Co. v. Nemes, et al.

Date Notice of Appeal Filed by Clerk of District Court  02/27/08

**SECTION A** - To be completed by party ordering transcript.

| HEARING DATE | COURT REPORTER | HEARING TYPE |
|---|---|---|
| 10/05/07 | Summer Clanton | Pre-Trial Proceedings |

(attach additional page for designations if necessary)

☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

☒ As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

☐ As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof, will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Name, Address and Telephone number of Attorney/Pro Per Litigant

Joel A. Goodman
Goodman & Nekvasil, P.A.
14020 Roosevelt Blvd., Suite 808
P.O. Box 17709
Clearwater, FL 33762

Date Transcript Ordered  April 4, 2008

Signature Attorney/Pro Per Litigant

**SECTION C** - To be completed by court reporter.

When the transcript is filed, complete this copy and submit it to the court reporter supervisor.

Date Transcript Filed  4/23/08    Court Reporter's Signature  _____ Clanton
                                                                print last name

**Section D**

U.S. DISTRICT COURT CLERK, I certify that the record is available in the office of the U.S. District Court.

Richard W. Wieking    4/24/08    BY: _____
(U.S. District Court Clerk)    (Date)           Deputy Clerk

**GORDANA MACIC**

This copy is the **CERTIFICATE OF RECORD**. It should be transmitted to the court of appeals by the district clerk when the transcript is filed and the record is complete in the district court.

COPY THREE