# Exhibit 5

## Brent Rodine

**From:** Brent Rodine
**Sent:** Wednesday, May 02, 2007 5:41 PM
**To:** little@litohio.com
**Subject:** Lancorp - investor inquiry
**Attachments:** Lancorp Inquiry.xls

Mr. Little:

Attached is a summary prepared by our claims analyst stating (1) the dates that we received claim forms from particular investors and (2) whether Gary Lancaster gave us copies of their subscription agreements. We are in the process of copying those subscription agreements and will then ship them to you.

As we discussed today, you should also expect to receive Lancaster's deposition transcripts tomorrow by Federal Express. In the meantime, please let me know if you have any other questions or inquiries.

Sincerely,

Brent J. Rodine
QUILLING SELANDER CUMMISKEY & LOWNDS
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
E-mail: brodine@qsclpc.com
Direct line: (214) 880-1853

FW-2975

Page 1

```
 1   THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION
 2
 3   In the Matter of:        )
 4                            )  File No. FW-02975-A
 5   MEGAFUND CORPORATION     )
 6
 7   WITNESS:  Gary Lynn Lancaster
 8   PAGES:    1 through 156
 9   PLACE:    1211 SW Fifth Avenue
10             Suite 1900
11             Portland, Oregon  97204
12
13   DATE:     November 17, 2005
14
15
16           The above-entitled matter came on for hearing,
17   pursuant to notice, at 9:20 a.m.
18
19
20
21
22
23
24             Diversified Reporting Services, Inc.
25                    (202) 467-9200
```

Page 3

```
              C O N T E N T S

 WITNESS                                      PAGE

 Gary L. Lancaster                              4
                                                88


              E X H I B I T S

 NUMBER         DESCRIPTION                   PAGE
   13       Plan Outlined to Witness           24
   14       Plan Outlined to Witness           24
   15       Copy of Subpoena                    6
   16       Witness' Declaration               18
   17       Multipage Exhibit                 102
   18       Copy of First Check Received From
              Megafund                        136
   19       US Bank Account Information       140
   20       Interest Rate Chasing             145
   21       Part of Subscription Agreement    145
   22       Document                          149
   23       Document                          151
   24       Insurance Coverage Election Form  152
```

Page 2

```
 1   APPEARANCES:
 2   On Behalf of the U. S. Securities and Exchange Commission:
 3       JULIE WATSON HUSEMAN, ESQ.
 4       U. S. Securities and Exchange Commission
 5       801 Cherry Street
 6       Unit 18
 7       Fort Worth, Texas  76102
 8       (817) 978-6460
 9
10   On Behalf of the Receiver:
11       MICHAEL J. QUILLING, ESQ.
12       Quilling, Selander, Cummiskey & Lownds, P.C.
13       2001 Bryan Street
14       Suite 1800
15       Dallas, Texas  75201
16       (214) 871-2100
17
18   On Behalf of the Witness:
19       MARC K. SELLERS, ESQ.
20       KEVIN E. BRANNON, ESQ.
21       Schwabe, Williamson & Wyatt
22       1211 SW Fifth Avenue
23       Suite 1900
24       Portland, Oregon  97204
25       (503) 222-9981
```

Page 4

```
 1              PROCEEDINGS
 2       MS. HUSEMAN:  On the record at 9:20 on November
 3   17th, 2005.  Raise your right hand, please.
 4   Whereupon,
 5            GARY LYNN LANCASTER
 6   was called as a witness and, having been first duly sworn,
 7   was examined and testified as follows:
 8              EXAMINATION
 9   BY MS. HUSEMAN:
10       Q  Please state your full name and spell it for the
11   record.
12       A  Gary Lynn Lancaster.  That's G-a-r-y, L-y-n-n,
13   L-a-n-c-a-s-t-e-r.
14       Q  My name is Julia Huseman and I'm an officer of the
15   Commission for purposes of this proceeding.  This is an
16   investigation by the United States Securities and Exchange
17   Commission in the matter of Megafund Corp to determine
18   whether there have been violations of certain provisions of
19   the Federal securities laws.  However, the facts developed in
20   this investigation might constitute violations of other
21   Federal, State, criminal or civil laws.
22           Prior to the opening of the record, you were
23   provided with a copy of the formal order of investigation in
24   this matter which is marked as Exhibit 1.  Have you had an
25   opportunity to review Exhibit 1?
```

Page 21

1  250 million.
2  Q  Okay. And that was part of the 506 --
3  A  Correct.
4  Q  -- exemption?
5     And did you raise 250 million?
6  A  No.
7  Q  How much did you raise?
8  A  At the maximum, a little over 10 million.
9  Q  When you say "At the maximum" --
10 A  I mean, it went up and down as investors came in
11 and out and there were deaths and there were redemptions,
12 so --
13 Q  When did you receive your first investment in Lan
14 Corp.?
15 A  First investment from an investor?
16 Q  Uh-huh.
17 A  In 2003.
18 Q  And when did you receive your last investment in
19 Lan Corp.?
20 A  I'd have to look, but it was probably July or
21 August of 2005.
22 Q  And in July and August of 2005, what did you do
23 with the money that you received? Because I'm assuming you
24 didn't send it to Megafund.
25 A  Correct.

Page 22

1  Q  What did you do with the money you received from
2  the clients?
3  A  Placed it into the client trust account and then
4  subsequently into a money market account.
5  Q  And where is -- is it in that account today?
6  A  It is.
7  Q  How much is in there?
8  A  A million six something.
9  Q  And where is that account held?
10 A  That account is held at Fidelity.
11 Q  And how many investors have funds in that account
12 currently?
13 A  I don't know exactly without checking the list, but
14 somewhere around 25.
15 Q  Are you paying returns on that account of those
16 investments?
17 A  Not currently. I stopped doing anything subject to
18 dealing with the current issue.
19 Q  And what have you told your investors about their
20 money that's sitting there?
21 A  That I'm seeking guidance on the best way for me to
22 handle the funds that came in to the fund after the last
23 installment was made to Megafund.
24 Q  Have you -- has anyone asked to be -- to have their
25 money refunded to them?

Page 23

1  A  Yes. I've had -- I don't know how many, but a
2  dozen, probably, requests for redemption.
3  Q  And have you refunded their money to them?
4  A  I have not. I have indicated to them that -- that
5  I can't do anything with the funds until this issue is
6  resolved.
7  Q  When you say "this issue," what are you referring
8  to?
9  A  Well, the issue with Megafund.
10 Q  And -- but some of these funds went into Megafund;
11 correct?
12 A  So you're specifically talking about the funds that
13 did not go into Megafund.
14 Q  Right.
15 A  Okay. I've only had, of those people, three or
16 four maybe that have requested redemption.
17 Q  And have you paid -- have you given them their
18 money back?
19 A  I have not. I have indicated to them that I'm
20 seeking legal counsel, guidance on what is or is not
21 appropriate on how to handle the funds that were not part of
22 the Megafund transaction.
23 Q  Who introduced you to Megafund?
24 A  I was introduced by Gary McDuff through his father,
25 John McDuff.

Page 24

1  Q  And when you say "through his father, John McDuff,"
2  who did John McDuff know?
3  A  John McDuff, as I understand it, had been personal
4  friends with Stan Leitner, the principal of Megafund, for 15
5  plus years.
6  Q  Did you ever meet Mr. Leitner?
7  A  I did not.
8  Q  Did you have any conversations or dealings with Mr.
9  Leitner?
10 A  Well, I've had numerous conversations with Mr.
11 Leitner.
12 Q  When did you first talk to Mr. Leitner about
13 Megafund?
14 A  Sometime in January.
15 Q  Of?
16 A  Of '05.
17 Q  And what did Mr. Leitner tell you about Megafund?
18 A  He sent me an outline of the scope of what the
19 fund -- how it worked. There was two -- two specific plans
20 that he was offering to investors.
21 Q  Did he give you a choice of which plan he wanted to
22 be a part of?
23 A  Yes.
24     (SEC Exhibit No. 13 and 14 were
25     marked for identification.)

Page 33

1  Q  And were you aware -- had you previously been
2  involved in investments that were insured -- where the
3  principal was insured?
4  A  Not directly.
5  Q  So --
6  A  I had heard of insured investments, but I never
7  dealt with them.
8  Q  Where had you heard of them before?
9  A  Just during the course of conversation. I can't
10 say specifically.
11 Q  So --
12 A  Well, for example, I guess variable mutual funds,
13 some of them have insurance that guarantees that if you die,
14 your principal is restored, but there's insurance attached to
15 investments that make people whole.
16 Q  Did you ever ask Mr. Leitner where Megafund was
17 registered?
18 A  No.
19 Q  Did you ever do any due diligence to determine that
20 on your own?
21 A  No.
22 Q  Did you ever ask Mr. Leitner for his qualifications
23 for making an offer like this, securities offering promising
24 up to 120 percent returns per year on an insured principal?
25 A  Only his assurance that he was well connected and

Page 34

1  he had been doing this for a period of time with good
2  success.
3  Q  Did you tell your investors that you had invested
4  in Megafund?
5  A  No.
6  Q  Why not?
7  A  I didn't feel it was necessary.
8  Q  It's their money. Why wouldn't you tell them?
9  You've got this great deal making up to 120 percent a year.
10 A  Well, I was not certain that it would actually pay
11 that. I was waiting to see if it would actually perform.
12 Q  Did it occur to you that that was pretty outlandish
13 returns?
14 A  Definitely was high rate of return.
15 Q  Doesn't it stand to reason that if that kind of
16 rate of return is out there, that big firms like Merrill or
17 Prudential would be all over that kind of investment?
18 A  I -- I can't say that I gave that avenue much
19 thought.
20 Q  What was Stan Leitner's -- what did Stan Leitner
21 tell you his qualifications were?
22 A  He did not state any specific qualifications, just
23 that he had connections that allowed him to do it.
24 Q  Connections, what did -- what did you understand
25 that to mean?

Page 35

1  A  Influence with people because my understanding was
2  he was a very successful, well-connected businessman in
3  Dallas.
4  Q  And had you ever -- did you ever actually meet him?
5  A  No. We scheduled several times to meet, but
6  something always occurred where we never met face to face.
7  Q  Was that based on him canceling or you canceling?
8  A  Him.
9  Q  Did that cause you any concern?
10 A  At the time it didn't.
11 Q  When did you first get a payment from Megafund?
12 A  In March.
13 Q  Of?
14 A  2005.
15 Q  And I'm sorry to ask. I just have to be specific
16 for the record.
17 A  Understand.
18 Q  And how much was that?
19 A  500,000.
20 Q  And how did you distribute that to your investors?
21 A  20 percent was allocated for investors and the rest
22 of it was shared as profit between Lan Corp. and the joint
23 venture partner.
24 Q  Who's the joint venture partner?
25 A  Mex Bank.

Page 36

1  Q  So 20 percent, 100,000, you allocated to investors.
2  A  On a pro rata over a year, so I took -- for that
3  much, take 20 percent, divided it by 12 and took the monthly
4  allocation and credited it to investors.
5  Q  How much did you get?
6  A  I don't remember exactly. It was -- for the one
7  month you're talking about?
8  Q  Of the 500,000 that you were paid by Megafund, how
9  much did you retain for yourself?
10 A  I don't know exactly. 150 to 175,000.
11 Q  On a $500,000 payment.
12 A  Correct.
13 Q  How much did you give to Mex Bank?
14 A  It was 100 and something.
15 Q  Approximately, 125,000?
16 A  Yeah.
17 Q  So you retained for yourself a 175,000. That's a
18 hell of a commission, wouldn't you say?
19      MR. SELLERS: Objection. Compared to what? It's
20 speculative.
21      BY MS. HUSEMAN:
22 Q  Did you -- what did your offering documents provide
23 that you would retain as -- as commission?
24 A  50 basis points a quarter of profit.
25 Q  Was that -- was the amount that you retained

Page 89

1  Q  Who was that? Is it Dale Shelton?
2  A  No.
3  Q  Tim Nylan (phonetic)?
4  A  Tim Nylan.
5  Q  And when did you speak to Mr. Nylan?
6  A  Shortly after I first talked to Eric.
7  Q  And how long did you talk to Mr. Nylan?
8  A  Five minutes.
9  Q  That was it?
10 A  (Nods head.)
11 Q  Have you spoken to him since?
12 A  No.
13 Q  Have you spoken to an agent named Matt Segetti
14 (phonetic)?
15 A  No.
16 Q  Okay.
17    What did Mr. Nylan want to talk to you about?
18 A  He just wanted to know did I know that the money
19 that I sent to Megafund was being wired offshore.
20 Q  Did you know that?
21 A  I had no idea.
22 Q  What did you think when you found out that that was
23 the case?
24 A  Stunned.
25 Q  When did you find out what had really happened to

Page 90

1 the money?
2  A  It wasn't until I started talking to Eric and then
3 got the -- the Receiver website that showed the flow of funds
4 and who all these people were. I never heard of them before
5 then.
6  Q  So who -- who illuminated the situation for you?
7 Who told you what had actually happened, that the money had
8 gone offshore?
9  A  That was from the website.
10 Q  Okay.
11 A  Well, the first inclination I heard something about
12 offshore that didn't sit -- that I couldn't understand is one
13 of the conversations with Leitner indicated that the money
14 that was supposed to be in JP Morgan was coming back through
15 the Antilles. And I said, "What? Why is it in the Antilles?
16 I don't get that."
17 Q  What did he say?
18 A  And I forget now what he said, something about how
19 it was being brought back into the -- into his lawyer's
20 office. And that didn't make any sense to me at all and he
21 couldn't explain it.
22 Q  Was that the first you'd heard of anything going
23 offshore?
24 A  That's the first I heard of anything offshore.
25 Q  Did you ever send any Lan Corp. money offshore?

Page 91

1  A  No. All Lan Corp. money went directly to Wells
2 Fargo.
3  Q  You mean directly to the Megafund account?
4  A  Correct.
5  Q  What about the money that went to the account in
6 Australia?
7  A  What about it?
8  Q  Where was that? Where did that come from? The
9 bank records you gave me that show the --
10 A  From the bank records from you, yeah. I mean, it
11 was dealing with the fund money. That was the -- the first
12 engagement was with the broker/dealer in Australia.
13 Q  And who was that?
14 A  Tri-Com Securities.
15 Q  And how much money did you send to them?
16 A  It also was in increments and it got close to the
17 10 million that was sent there.
18 Q  And did you get that money back?
19 A  Yes.
20 Q  How much did you get back?
21 A  All of it.
22 Q  Did you get -- did you make any money on it, any --
23 A  We -- there was one transaction that occurred. We
24 got one installment and that was it and then they
25 nonperformed. They kept saying they -- they had -- it

Page 92

1 was -- you know, this was a problem or that was a problem and
2 then they lied and said, "Yeah, it's coming. It's coming.
3 It's coming" and then it never came.
4  Q  What's coming -- was coming?
5  A  Earnings.
6  Q  And who -- who lied?
7  A  The guy who represented the trade group.
8  Q  What was his name?
9  A  David Bezell (phonetic). He was one guy. He was
10 the one who said it was coming and it wasn't, though.
11 Q  Is he American or Australian?
12 A  He was -- at the time I talked to him, he was in
13 Africa, but I think he's English.
14 Q  British?
15 A  Uh-huh.
16 Q  And how did you hook up with David Bezell?
17 A  I was referred to him by Secured Clearing.
18 Q  Specifically?
19 A  Uh-huh.
20 Q  No, specifically who at Secured Clearing?
21 A  Gary McDuff.
22 Q  So explain to me how that relationship developed.
23 You were referred to Bezell by McDuff. Then what happened?
24 A  Then it was explained how they could do the
25 underwriting transactions. I was very uncomfortable about

Page 93

1 holding money offshore, not knowing anybody or anything about
2 that, and so Gary then -- subsequent Gary McDuff introduced
3 me to Tri-Com Securities.
4   Q  And what kind of company is Tri-Com Securities?
5   A  It is a very substantial broker/dealer.
6   Q  So then what happened?
7   A  Then I -- through Secure -- the principal, I
8 entered into an agreement with Lance Rosenberg, who is the
9 principal owner of Tri-Com Securities.
10  Q  And what is Mr. Rosenberg's nationality?
11  A  He's Australian, at least I think he's Australian.
12  Q  Does he have an Australian accent?
13  A  I remember asking him -- not -- not terribly, not
14 that I could -- you know, he wasn't --
15  Q  When you talked to him, did you speak to him on the
16 phone?
17  A  Yes.
18  Q  Did you call him in Australia?
19  A  Yes.
20  Q  Okay.
21      So you were introduced to Lance Rosenberg. Then
22 what happens?
23  A  Then I secured a written agreement from him to hold
24 the funds in Tri-Com Securities and he guaranteed the funds
25 would be held in a nondepleting account that I could get back

Page 94

1 any time I wanted.
2   Q  And did that turn out to be true?
3   A  Yes.
4   Q  And when did you send the funds to Australia?
5   A  2003.
6   Q  Is this the same 9.6, 9.3 million that you ended up
7 sending to Megafund?
8   A  Yes. Because it seems to me like the total that
9 ended up there was 9,250,000 -- 9 million something --
10  Q  When you say "ended up there," do you mean in
11 Megafund or in Tri-Com Securities?
12  A  No, in Tri-Com Securities. That was the ultimate
13 outcome. The objective was to get 10 million so we could
14 trade in $10 million blocks.
15  Q  So did you send 10 million or just --
16  A  I didn't quite get to 10 million.
17  Q  Okay.
18  A  But we went six months with no earnings, so I
19 said --
20  Q  Send it back?
21  A  -- send it back and he sent it back.
22  Q  And what was your understanding of the way that
23 earnings were supposed to be generated in Tri-Com?
24  A  By doing bond underwriting.
25  Q  Okay.

Page 95

1   So you get the money back. And how long was the
2 money in your account before you sent it to Megafund?
3   A  I don't know exactly. Two, three months.
4   Q  You got the money back in October?
5   A  October, November.
6   Q  2004?
7   A  2004.
8   Q  Did you tell your investors that you had gotten the
9 money back and that you were doing it -- you were going to
10 put the funds in another --
11  A  Yeah, I communicated to them that -- that -- that I
12 had, in effect, been misled, that there were no earnings.
13 There wasn't any earning.
14  Q  But you said it did pay once.
15  A  It made one payment.
16  Q  What was that? How much was that?
17  A  It was 100 -- 153,000, 100 -- somewhere around
18 there was the earnings amount.
19  Q  And what portion of that did you keep -- did you
20 retain?
21  A  Everything over the 20 percent.
22  Q  So you gave 30,000 to your --
23  A  No, I take it back. On that arrangement, the only
24 thing I got paid on that was actually from the fund, so that
25 went in -- was disbursed to the investors and I got paid my 2

Page 96

1 percent or my 50 basis points a quarter.
2   Q  And how much was that?
3   A  I can't remember the exact, but less than 20,000.
4   Q  And you put the money that you earned back into the
5 fund or did you pay it out? The money that went to
6 investors --
7   A  Well, some of it got -- some of it got paid out for
8 the people who are on earnings. The others who accumulated
9 it, it just purchased additional shares.
10  Q  In the years that you have had this fund, how many
11 times have you made a quarterly earning payment?
12  A  Once. Well, once that was legitimate, I guess.
13 Once in '03 and twice in '05.
14  Q  And if it was paying quarterly, am I -- am I wrong
15 in assuming that in March you assumed you were paying for the
16 first quarter of '05 and in April you assumed you were paying
17 for the second?
18  A  Correct.
19  Q  Why would you pay second quarter earnings in April?
20  A  I didn't pay second quarter earnings in April.
21  Q  Okay. You said that some people are getting paid
22 quarterly.
23  A  Everybody that wants earnings paid got paid at the
24 end of each calendar quarter.
25  Q  Okay. So the March payment was intended to be the

```
 1   THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION
 2
 3   In the Matter of:            )
 4                                )  File No. FW-02975-A
 5   MEGAGUND CORPORATION         )
 6   WITNESS:   Gary Lancaster
 7   PAGES:     157 through 423
 8   PLACE:     Quilling, Selander, Cummiskey, Lownds, PC
 9              Bryan Tower
10              2001 Bryan Street, Suite 1800
11              Dallas, TX
12
13   DATE:      Saturday, March 25, 2006
14
15        The above-entitled matter came on for hearing, pursuant
16   to notice, at 9:25 a.m.
17
18
19
20
21
22
23
24              Diversified Reporting Services, Inc.
25                       (202) 467-9200
```

157

```
 1   what does that mean?
 2        A   I completed a disclosure form of outside activity to
 3   the licensing department.
 4        Q   And do you have a copy of that disclosure form?
 5        A   I don't with me, but I've provided it.
 6        Q   Provided it to whom?
 7        A   Either to you or to Mike -- somebody.
 8        Q   When you said, Mike, you are talking about Mr.
 9   Quilling?
10        A   Mike Quilling, yeah, yeah.  Or no, I take it back.
11   It could be that I provided that to one of the inquiries that
12   I have received.
13        Q   That being said, would you mind providing me with
14   another copy?
15        A   No.
16        Q   And for the record you are keeping a written list of
17   the documents that you have agreed to provide to me?
18        A   I am.
19        Q   When you provided it to ON Equities Sales Company
20   that filing, what was their response?
21        A   I never received a response.
22        Q   Of any kind?
23        A   Of any kind.
24        Q   Why did you --
25        A   Well, the only thing I ever received from them after
```

```
 1   having provided that to them was a termination notice.
 2       Q  So you provided that to them and then you received a
 3   termination notice?
 4       A  Correct.
 5       Q  What was the length of time between those two events?
 6       A  I can't remember exactly, two, three months maybe or
 7   less.
 8       Q  Did the fact that you received a termination notice,
 9   did that cause you any concern?
10       A  No.  Because my understanding that my license was
11   being accommodated there as a result of my employment at
12   Universal Underwriters.
13       Q  What appointment of Universal Underwriters?
14       A  I was an employee of Universal Underwriters selling
15   commercial property, casualty insurance.
16       Q  Okay.
17       A  And this was an association that they had for
18   securities licensed people to be able to facilitate selling
19   401 Ks and the like to the commercial clients.
20       Q  Okay.  You've lost me.  I don't understand what that
21   has to do with you being terminated by ON --
22       A  When my -- well, I'm -- I was assuming that as a
23   result of my termination of employment at Universal
24   Underwriters that they would no longer maintain my securities
25   licenses there.
```

```
 1        Q  -- are those profits distributed pursuant to this
 2   joint venture agreement?
 3        A  Yeah.
 4             BY MS. HUSEMAN:
 5        Q  So Mex Bank was aware that Gary McDuff was aware of
 6   your investment in First Ban Corp?
 7        A  I can't speak about Mex Bank, but Gary McDuff
 8   certainly was.
 9        Q  How was Gary McDuff aware of it?
10        A  He was -- now say that question again, ma'am?  Maybe
11   I didn't catch it right.
12        Q  So Gary McDuff and I assume Mex Bank, since it had
13   taken over for Secured Clearing and if it's your joint
14   venture partner was aware of your investment in First Ban
15   Corp?
16        A  In First Ban Corp, no.
17        Q  Why?
18        A  Do you mean First National Ban Corp?
19        Q  Um-hum.
20        A  There's no reason for me to disclose who I was making
21   investments to.  I could pull all the money out of Megafund
22   and it wouldn't make any difference.  I could go anywhere I
23   wanted to.  And that was my intention, was to take all of the
24   money out of Megafund and engage it with First National Ban
25   Corp.
```

```
 1    appointed receiver in the case, is going to ask you a couple
 2    of questions. He is not an officer of the Commission for
 3    purposes of this proceeding.
 4              Do you consent to answering his questions?
 5              THE WITNESS: I do.
 6              BY MR. QUILLING:
 7         Q  Mr. Lancaster, I am going to hand you what is marked
 8    as Exhibit 54.
 9                        (SEC Exhibit No. 54 was marked for
10                         identification.)
11              Verify for me please, sir, that this is the joint
12    venture asset management agreement which you executed on
13    behalf of Lancorp with Megafund, Inc.?
14         A  It is.
15         Q  Are those your initials on each page?
16         A  They are.
17         Q  And is that your signature on the last page?
18         A  It is.
19         Q  Does this set forth your understanding of what the
20    agreement was between Lancorp and Megafund?
21         A  Yes.
22         Q  The signature that you placed on the last page has a
23    date of January 31st, 2005. And Mr. Leitner's is dated
24    February 2nd, 2005.
25              Do you see that?
```