# Exhibit 8



ARBITRATION TRIBUNALS OF THE
NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC.

*In the Matter of the Arbitration Between:*

JEFFREY L. PRACHT, JOHN BLANDI,
INDIVIDUALLY AND AS TRUSTEE OF THE WHITE
HORSE TRUST, AND LONNIE L. GIBSON,

    CLAIMANTS,

vs.                                          Case No. 07-00943

THE O.N. EQUITY SALES COMPANY,

    RESPONDENT.

_____/

## CLAIMANTS' FIRST NOTICE OF SERVICE OF PRODUCTION

CLAIMANTS, by and through their undersigned counsel, hereby give notice of service of documents responsive to RESPONDENT'S First and Second Requests for Production of Documents to Claimants Jeffrey Pracht and John Blandi (consisting of 400 pages).

## CERTIFICATE OF SERVICE

I certify that a copy hereof was furnished to Zeiger, Tigges & Little, LLP, Marion H. Little, Jr., Esq., Michael R. Reed, Esq., 3500 Huntington Center, 41 South High Street, Columbus, OH 43215, by Federal Express, this 27th day of September, 2007.

Respectfully Submitted,

GOODMAN & NEKVASIL, P.A.

*/s/ Joel A. Goodman/*

_____
Joel A. Goodman, Esq.
14020 Roosevelt Blvd., Suite 808
P.O. Box 17709
Clearwater, Florida 33762
Telephone:  727-524-8486
Facsimile:   727-524-8786
Attorneys for CLAIMANTS

# LANCORP FINANCIAL FUND
# BUSINESS TRUST

December 6, 2004

Jeffrey Pracht
1119 Moorestown Cir
Decatur, GA 30033-2732

Account No.: 157-00

Dear Mr. Pracht:

It has always been my profile to be up front and completely honest regarding anything that affects those with whom I do business. An event has occurred, the likes of which I have not experienced in the 30 years that I have been in the financial services business.

As of Friday December 3rd, it has been confirmed that the information that has been provided to me by the syndication group, of which the Lancorp Financial Fund is a participant, has been misleading and, in fact, not accurate relative to Lancorp. The fact is that Lancorp Financial Fund may not have participated in the underwriting activity of the syndicating group during the third quarter ending September 30, 2004. It is reasonably certain that Lancorp Financial Fund will not have participated in any underwriting activity of the syndicating group during the fourth quarter ending December 31, 2004.

The information that was reported to me by the syndicating group was in fact accurate as to the activity of the group, but not all of the participants in the group were included in that activity. The result is that there were no earnings for the Fund for the third quarter and there will be no earnings for the fourth quarter. At present I am trying to find out from the syndicating group what happened. As soon as I ascertain the answers I will let you know.

While it seems inadequate to say that I share your disappointment, please remember that your funds are secure. The end result is that the rate of return on your investment is very similar to other secured investments but with much greater liquidity than most. At no time has there been a reduction in your principal investment. So while your annual rate of return for 2004 is significantly reduced by this event, unlike all other funds that I know of, as the Fund manager, I will not receive any compensation for the last two quarters, since my fee is pay for performance only.

The news is not all bad however. I have made contact with the principal of a major securities firm with whom I have a previous relationship and have reached an agreement to be a participant with that firm. Part of that agreement is the guarantee of full participation in all of its underwriting activities. I expect the necessary documents to be executed during the month of December, with Fund participation to begin in January 2005.

As an investor you now have the following choices:
1) Remain in the Fund.
2) Redeem your shares.

If you choose to remain in the Fund, rest assured that I will do my utmost to attempt to assist you in earning the return that you expect. However, as was the case with the investment in question, and any future investments, I will use my "best efforts" to generate earnings for you, but do not guarantee that there will be any earnings.

If you choose to redeem your shares, I understand and wish you the very best. Should you seek to reinvest in the Fund in the future, it will be subject to availability since there are only 100 positions available. Previous investment in the Fund does not guarantee a position in the future.

Sincerely,

Gary L. Lancaster
Trustee


P.S. Please note new telephone number (503-488-5852) and fax number (503-488-5965). The address remains the same.

ARBITRATION TRIBUNALS OF THE
NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC.

*In the Matter of the Arbitration Between:*

JEFFREY L. PRACHT, JOHN BLANDI,
INDIVIDUALLY AND AS TRUSTEE OF THE WHITE
HORSE TRUST, AND LONNIE L. GIBSON,

    CLAIMANTS,

vs.                                           Case No. 07-00943

THE O.N. EQUITY SALES COMPANY,

    RESPONDENT.
_____/

## CLAIMANTS' SECOND NOTICE OF SERVICE OF PRODUCTION

CLAIMANTS, by and through their undersigned counsel, hereby give notice of service of additional documents pursuant to the *NASD Discovery Guide* (consisting of 272 pages).

## CERTIFICATE OF SERVICE

I certify that a copy hereof was furnished to Zeiger, Tigges & Little, LLP, Marion H. Little, Jr., Esq., Michael R. Reed, Esq., 3500 Huntington Center, 41 South High Street, Columbus, OH 43215, by U.S. Mail, this 9th day of October, 2007.

Respectfully Submitted,

GOODMAN & NEKVASIL, P.A.

*[signature]*

_____
Joel A. Goodman, Esq.
14020 Roosevelt Blvd., Suite 808
P.O. Box 17709
Clearwater, Florida 33762
Telephone: 727-524-8486
Facsimile: 727-524-8786
Attorneys for CLAIMANTS

# LANCORP FINANCIAL FUND
# BUSINESS TRUST

December 6, 2004

Lonnie & Patricia Gibson
556 Fairwood Rd
Huntington, WV 25705-2204

Account No.: 127-00

Dear Mr. & Mrs. Gibson:

It has always been my profile to be up front and completely honest regarding anything that affects those with whom I do business. An event has occurred, the likes of which I have not experienced in the 30 years that I have been in the financial services business.

As of Friday December 3rd, it has been confirmed that the information that has been provided to me by the syndication group, of which the Lancorp Financial Fund is a participant, has been misleading and, in fact, not accurate relative to Lancorp. The fact is that Lancorp Financial Fund may not have participated in the underwriting activity of the syndicating group during the third quarter ending September 30, 2004. It is reasonably certain that Lancorp Financial Fund will not have participated in any underwriting activity of the syndicating group during the fourth quarter ending December 31, 2004.

The information that was reported to me by the syndicating group was in fact accurate as to the activity of the group, but not all of the participants in the group were included in that activity. The result is that there were no earnings for the Fund for the third quarter and there will be no earnings for the fourth quarter. At present I am trying to find out from the syndicating group what happened. As soon as I ascertain the answers I will let you know.

While it seems inadequate to say that I share your disappointment, please remember that your funds are secure. The end result is that the rate of return on your investment is very similar to other secured investments but with much greater liquidity than most. At no time has there been a reduction in your principal investment. So while your annual rate of return for 2004 is significantly reduced by this event, unlike all other funds that I know of, as the Fund manager, I will not receive any compensation for the last two quarters, since my fee is pay for performance only.

1382 Leigh Ct., West Linn, Oregon 97068
(503) 488-5852 • (503) 488-5965 fax • e-mail: lancorpfinancialfund@comcast.net

The news is not all bad however. I have made contact with the principal of a major securities firm with whom I have a previous relationship and have reached an agreement to be a participant with that firm. Part of that agreement is the guarantee of full participation in all of its underwriting activities. I expect the necessary documents to be executed during the month of December, with Fund participation to begin in January 2005.

As an investor you now have the following choices:
1) Remain in the Fund.
2) Redeem your shares.

If you choose to remain in the Fund, rest assured that I will do my utmost to attempt to assist you in earning the return that you expect. However, as was the case with the investment in question, and any future investments, I will use my "best efforts" to generate earnings for you, but do not guarantee that there will be any earnings.

If you choose to redeem your shares, I understand and wish you the very best. Should you seek to reinvest in the Fund in the future, it will be subject to availability since there are only 100 positions available. Previous investment in the Fund does not guarantee a position in the future.

Sincerely,

Gary L. Lancaster
Trustee


P.S. Please note new telephone number (503-488-5852) and fax number (503-488-5965). The address remains the same.

ARBITRATION TRIBUNALS OF THE
NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC.

*In the Matter of the Arbitration Between:*

HAROLD E. PALS, INDIVIDUALLY AND AS
TRUSTEE OF THE HAROLD E. PALS REVOCABLE
LIVING TRUST, THE CLAIRE H. PALS
REVOCABLE LIVING TRUST THROUGH HAROLD
E. PALS, TRUSTEE, THE DOROTHY J. VAN
SICKLE SURVIVOR TRUST THROUGH LARRY C.
VAN SICKLE, TRUSTEE, NORMAN D. PRINS AND
CHARLENE J. PRINS, INDIVIDUALLY AND AS
TRUSTEES OF THE NORMAN AND CHARLENE
PRINS REVOCABLE LIVING TRUST,

    CLAIMANTS,

vs.                                              Case No. 07-00937

THE O.N. EQUITY SALES COMPANY,

    RESPONDENT.
_____/

## CLAIMANTS' FIRST NOTICE OF SERVICE OF PRODUCTION

CLAIMANTS, by and through their undersigned counsel, hereby give notice of service of documents pursuant to the *NASD Discovery Guide* (consisting of 322 pages).

## CERTIFICATE OF SERVICE

I certify that a copy hereof was furnished to Marion H. Little, Jr., Esq., Michael R. Reed, Esq., Zeiger, Tigges & Little, LLP, 3500 Huntington Center, 41 South High Street, Columbus, OH 43215, by U.S. Mail, this 9th day of October, 2007.

    Respectfully Submitted,

    GOODMAN & NEKVASIL, P.A.

    _____
    Joel A. Goodman, Esq.
    14020 Roosevelt Blvd., Suite 808
    P.O. Box 17709
    Clearwater, Florida 33762
    Telephone:  727-524-8486
    Facsimile:   727-524-8786
    Attorneys for CLAIMANTS

# LANCORP FINANCIAL FUND
# BUSINESS TRUST

December 6, 2004

Norman and Charlene Prins
7425 W 104th St
Bloomington, MN 55438-2114

Account No.: 158-00

Dear Mr. & Mrs. Prins:

It has always been my profile to be up front and completely honest regarding anything that affects those with whom I do business. An event has occurred, the likes of which I have not experienced in the 30 years that I have been in the financial services business.

As of Friday December 3rd, it has been confirmed that the information that has been provided to me by the syndication group, of which the Lancorp Financial Fund is a participant, has been misleading and, in fact, not accurate relative to Lancorp. The fact is that Lancorp Financial Fund may not have participated in the underwriting activity of the syndicating group during the third quarter ending September 30, 2004. It is reasonably certain that Lancorp Financial Fund will not have participated in any underwriting activity of the syndicating group during the fourth quarter ending December 31, 2004.

The information that was reported to me by the syndicating group was in fact accurate as to the activity of the group, but not all of the participants in the group were included in that activity. The result is that there were no earnings for the Fund for the third quarter and there will be no earnings for the fourth quarter. At present I am trying to find out from the syndicating group what happened. As soon as I ascertain the answers I will let you know.

While it seems inadequate to say that I share your disappointment, please remember that your funds are secure. The end result is that the rate of return on your investment is very similar to other secured investments but with much greater liquidity than most. At no time has there been a reduction in your principal investment. So while your annual rate of return for 2004 is significantly reduced by this event, unlike all other funds that I know of, as the Fund manager, I will not receive any compensation for the last two quarters, since my fee is pay for performance only.

The news is not all bad however. I have made contact with the principal of a major securities firm with whom I have a previous relationship and have reached an agreement to be a participant with that firm. Part of that agreement is the guarantee of full participation in all of its underwriting activities. I expect the necessary documents to be executed during the month of December, with Fund participation to begin in January 2005.

As an investor you now have the following choices:
1) Remain in the Fund.
2) Redeem your shares.

If you choose to remain in the Fund, rest assured that I will do my utmost to attempt to assist you in earning the return that you expect. However, as was the case with the investment in question, and any future investments, I will use my "best efforts" to generate earnings for you, but do not guarantee that there will be any earnings.

If you choose to redeem your shares, I understand and wish you the very best. Should you seek to reinvest in the Fund in the future, it will be subject to availability since there are only 100 positions available. Previous investment in the Fund does not guarantee a position in the future.

Sincerely,

*[signature: Gary Lancaster]*

Gary L. Lancaster
Trustee


P.S. Please note new telephone number (503-488-5852) and fax number (503-488-5965). The address remains the same.

1382 Leigh Ct., West Linn, Oregon 97068

# LANCORP FINANCIAL FUND
# BUSINESS TRUST

January 18, 2005

Norman and Charlene Prins
7425 W 104th St
Bloomington, MN 55438-2114

Dear Mr. & Mrs. Prins:

I hope this communication finds that all is well with you. As promised, this is an update from my last letter. I still do not have an adequate explanation as to why the Fund did not participate in the earnings activity the last two quarters of 2004. At this point I do not have an expectation of receiving one. Further, I have no expectation that the Fund will receive any earnings that should have been paid to the Fund.

I am currently waiting for the first contracts, which are expected to be received soon. I am requiring direct written contracts so that there will not be a reoccurrence of the previous issue going forward. At such time as the contracts are executed, the Fund will be officially back on track. In the event that for any reason the contracts are not executed by the end of January, I will notify you of the status of the Fund and the options going forward.

I appreciate the continued confidence that you have shown me and you can count on my best efforts to make that decision a good one going forward.

Sincerely,

Gary L. Lancaster
Trustee

1382 Leigh Ct., West Linn, Oregon 97068
(503) 488-5852 • (503) 488-5965 fax • e-mail: lancorpfinancialfund@comcast.net

# LANCORP FINANCIAL FUND
# BUSINESS TRUST

February 8, 2005

Norman and Charlene Prins
7425 W 104th St
Bloomington, MN 55438-2114

Dear Mr. & Mrs. Prins:

It is my belief that good communication is important for a good relationship. With that in mind, even though my last letter indicated that I would notify you only if the documents were not executed by the end of January, I wanted to let you know that in fact the necessary documents are in place and the Lancorp Fund is now prepared to engage in the investment activity as was anticipated. I am very optimistic about the activity going forward.

The terms of the activity are such that the Fund must adhere strictly to the terms that are outlined in the Private Placement Memorandum regarding redemption of investor shares.
As a reminder, investor shares can only be redeemed at the end of each calendar quarter and 30 days notice must be given prior to the end of each quarter. I must make a forward commitment in increments of 90 days to remain fully engaged at all times.

I very much look forward to being able to prove that your loyalty and confidence has been a good decision. Thank you!

Sincerely,

Gary L. Lancaster
Trustee


P.S. If you would like to receive communications from Lancorp Financial Fund via e-mail in the future, please send your e-mail address to lancorpfinancialfund@comcast.net.

1382 Leigh Ct., West Linn, Oregon 97068
(503) 488-5852  •  (503) 488-5965 fax  •  e-mail: lancorpfinancialfund@comcast.net