# Exhibit 9

NATIONAL ASSOCIATION OF SECURITIES DEALERS

IN THE MATTER OF:

JEFFREY L. PRACHT, et al.,

        Claimants,

vs.

O.N. EQUITY SALES COMPANY,

        Respondent.

NASD No. 07-00948

### RESPONDENT THE O.N. EQUITY SALES COMPANY'S MOTION FOR ISSUANCE OF A RECORD SUBPOENA TO GARY L. LANCASTER; SLOAN SECURITIES CORPORATION; QUICK & REILLY, INC.; PIPER JAFFRAY & CO.; UNIVERSAL UNDERWRITERS GROUP; ROBERT REESE; AND MICHAEL J. QUILLING

Pursuant to Rule 10322 of the NASD Code of Arbitration Procedure, Respondent The O.N. Equity Sales Company ("Respondent" or "ONESCO") hereby moves for issuance of subpoenas to the following for production of documents:

A.    Gary L. Lancaster

B.    Sloan Securities Corporation

C.    Quick & Reilly, Inc.

D.    Piper Jaffray & Co.

E.    Universal Underwriters Group

F.    Robert Reese

G.    Michael J. Quilling, Receiver for Lancorp Financial Group, LLC

The basis for this Motion is set forth as follows:

These subpoenas seek relevant production within the meaning of both NASD Rule 10321 and Rule 26(b)(1) of the Federal Rules of Civil Procedure. Rule 10321(a) allows broad discovery if requests are specific and "relate to the matter in controversy." Relevancy is defined

ONESCO therefore respectfully requests that this Motion be granted and that the enclosed subpoenas be signed and issued for ONESCO to serve.

Respectfully submitted,

_____
Marion H. Little, Jr. (0042679)
Michael R. Reed (0063995)
ZEIGER, TIGGES & LITTLE LLP
3500 Huntington Center
41 South High Street
Columbus, Ohio 43215
(614) 365-9900
(Fax) (614) 365-7900

Attorneys for Respondent
O.N. Equity Sales Company

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served upon Joel A. Goodman, Goodman & Nekvasil, P.A.; 14020 Roosevelt Blvd., Suite 808, Clearwater, FL 33762, by regular United States mail, postage prepaid, this ___ day of _____, 2007.

_____
Marion H. Little, Jr.   (0042679)

414:011:180913

5

## NATIONAL ASSOCIATION OF SECURITIES DEALERS

| | |
|---|---|
| IN THE MATTER OF: | : |
| | : |
| IRENE T. GAYDOS, et al., | : |
| | : NASD No. 07-01020 |
| Claimants, | : |
| | : |
| vs. | : |
| | : |
| O.N. EQUITY SALES COMPANY, | : |
| | : |
| Respondent. | : |

### RESPONDENT THE O.N. EQUITY SALES COMPANY'S MOTION FOR ISSUANCE OF A RECORD SUBPOENA TO GARY L. LANCASTER; SLOAN SECURITIES CORPORATION; QUICK & REILLY, INC.; PIPER JAFFRAY & CO.; UNIVERSAL UNDERWRITERS GROUP; ROBERT REESE; AND MICHAEL J. QUILLING

Pursuant to Rule 10322 of the NASD Code of Arbitration Procedure, Respondent The O.N. Equity Sales Company ("Respondent" or "ONESCO") hereby moves for issuance of subpoenas to the following for production of documents:

    A.    Gary L. Lancaster

    B.    Sloan Securities Corporation

    C.    Quick & Reilly, Inc.

    D.    Piper Jaffray & Co.

    E.    Universal Underwriters Group

    F.    Robert Reese

    G.    Michael J. Quilling, Receiver for Lancorp Financial Group, LLC

The basis for this Motion is set forth as follows:

These subpoenas seek relevant production within the meaning of both NASD Rule 10321 and Rule 26(b)(1) of the Federal Rules of Civil Procedure. Rule 10321(a) allows broad discovery if requests are specific and "relate to the matter in controversy." Relevancy is defined

Respectfully submitted,

_____
Marion H. Little, Jr. (0042679)
Michael R. Reed (0063995)
ZEIGER, TIGGES & LITTLE LLP
3500 Huntington Center
41 South High Street
Columbus, Ohio 43215
(614) 365-9900
(Fax) (614) 365-7900

Attorneys for Respondent
O.N. Equity Sales Company

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served upon Joel A. Goodman, Goodman & Nekvasil, P.A.; 14020 Roosevelt Blvd., Suite 808, Clearwater, FL 33762, by regular United States mail, postage prepaid, this ____ day of _____, 2007.

_____
Marion H. Little, Jr.   (0042679)

414:011:180909

## ARBITRATION TRIBUNALS OF THE
## NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC.

*In the Matter of the Arbitration Between:*

JEFFREY L. PRACHT, JOHN BLANDI,
INDIVIDUALLY AND AS TRUSTEE OF THE WHITE
HORSE TRUST, AND LONNIE L. GIBSON,

    CLAIMANTS,

vs.                                                           Case No. 07-00948

THE O.N. EQUITY SALES COMPANY,

    RESPONDENT,
_____/

### CLAIMANTS' AGREEMENT (NON-OBJECTION) TO RESPONDENT'S MOTION FOR THE ISSUANCE OF SUBPOENAS FOR RECORDS TO GARY L. LANCASTER AND VARIOUS BUSINESS ENTITIES AND ROBERT T. REESE

CLAIMANTS, through their undersigned counsel, hereby file CLAIMANTS' Agreement (Non-Objection) to RESPONDENT'S Motion for the Issuance of Subpoenas for Records to Gary L. Lancaster and Various Business Entities and Robert T. Reese, and state as follows:

CLAIMANTS agree, meaning CLAIMANTS have no objection, to RESPONDENT'S Motion for the Issuance of Subpoenas for Records to Gary L. Lancaster, Robert T. Reese, and various business entities identified in RESPONDENT'S Motion.

CLAIMANTS additionally hereby request that RESPONDENT and its counsel immediately forward to counsel for CLAIMANTS copies of all correspondence, responses, and documents produced and/or received pursuant to these subpoenas within 7 calendar days from receipt by RESPONDENT.

WHEREFORE, CLAIMANTS respectfully note their agreement to the issuance of subpoenas as listed in RESPONDENT'S Motion and furthermore request that CLAIMANTS' counsel be sent copies of all documents received, produced, and correspondence transmitted with and received in response to these subpoenas when issued to the persons and entities identified in the subpoenas within 7 calendar days from receipt by RESPONDENT.

## CERTIFICATE OF SERVICE

I certify that a copy hereof was furnished to Zeiger, Tigges & Little, LLP, Marion H. Little, Jr., Esq., Michael R. Reed, Esq., 3500 Huntington Center, 41 South High Street, Columbus, OH 43215, by U.S. Mail, this 7th day of November, 2007.

Respectfully Submitted,

GOODMAN & NEKVASIL, P.A.

Joel A. Goodman, Esq.
14020 Roosevelt Blvd., Suite 808
P.O. Box 17709
Clearwater, Florida 33762
Telephone:  727-524-8486
Facsimile:  727-524-8786
Attorneys for CLAIMANTS

2

ARBITRATION TRIBUNALS OF THE
NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC.

*In the Matter of the Arbitration Between:*

IRENE T. GAYDOS, FRANK J. TORCHIA, TRUSTEE
OF THE FRANK J. TORCHIA AND DIANE C.
TORCHIA CHARITABLE REMAINDER TRUST
DATED 9/26/91, DAVID C. KLINK, JAY C. BILES,
AND FRANCES L. BENYO,

CLAIMANTS,

vs.                                                                           Case No. 07-01020

THE O.N. EQUITY SALES COMPANY,

RESPONDENT,

_____/

### CLAIMANTS' AGREEMENT (NON-OBJECTION) TO RESPONDENT'S MOTION FOR THE ISSUANCE OF SUBPOENAS FOR RECORDS TO GARY L. LANCASTER AND VARIOUS BUSINESS ENTITIES AND ROBERT T. REESE

CLAIMANTS, through their undersigned counsel, hereby file CLAIMANTS' Agreement (Non-Objection) to RESPONDENT'S Motion for the Issuance of Subpoenas for Records to Gary L. Lancaster and Various Business Entities and Robert T. Reese, and state as follows:

CLAIMANTS agree, meaning CLAIMANTS have no objection, to RESPONDENT'S Motion for the Issuance of Subpoenas for Records to Gary L. Lancaster, Robert T. Reese, and various business entities identified in RESPONDENT'S Motion.

CLAIMANTS additionally hereby request that RESPONDENT and its counsel immediately forward to counsel for CLAIMANTS copies of all correspondence, responses, and

documents produced and/or received pursuant to these subpoenas within 7 calendar days from receipt by RESPONDENT.

**WHEREFORE**, CLAIMANTS respectfully note their agreement to the issuance of subpoenas as listed in RESPONDENT'S Motion and furthermore request that CLAIMANTS' counsel be sent copies of all documents received, produced, and correspondence transmitted with and received in response to these subpoenas when issued to the persons and entities identified in the subpoenas within 7 calendar days from receipt by RESPONDENT.

### CERTIFICATE OF SERVICE

I certify that a copy hereof was furnished to Marion H. Little, Jr., Esq., and Michael R. Reed, Esq., Zeiger, Tigges & Little, LLP, 3500 Huntington Center, 41 South High Street, Columbus, OH 43215, by U.S. Mail, this 7th day of November, 2007.

Respectfully Submitted,

GOODMAN & NEKVASIL, P.A.

_____
Joel A. Goodman, Esq.
14020 Roosevelt Blvd., Suite 808
P.O. Box 17709
Clearwater, Florida 33762
Telephone:  727-524-8486
Facsimile:  727-524-8786
Attorneys for CLAIMANTS

2

NATIONAL ASSOCIATION OF SECURITIES DEALERS

IN THE MATTER OF:

IRENE T. GAYDOS, et al.,

        Claimants,

vs.

O.N. EQUITY SALES COMPANY,

        Respondent.

NASD No. 07-01020

## SUBPOENA DUCES TECUM

To:   Gary L. Lancaster
       6715 N.E. 63rd Street
       Vancouver, WA 98665.

Pursuant to Section 10322 of the NASD Code of Arbitration Procedure, you are ordered to produce copies of those documents identified in Exhibit A hereto on or before 15 days after receipt of this subpoena, at the offices of Zeiger, Tigges & Little LLP, 41 South High St., Suite 3500, Columbus, OH 43215. You may comply with this subpoena by producing legible copies of the documents to be produced to the attorney whose name appears on this subpoena on or before the scheduled date of production. You are subpoenaed by the undersigned and unless excused from this subpoena by the undersigned or the NASD, you shall respond as directed.

Dated: Nov 18th, 2007.

Requested by:
Marion H. Little, Jr.
Zeiger, Tigges & Little LLP
41 South High St., Suite 3500
Columbus, OH 43215
614-365-4413
Attorney for Respondent

Issued by:

_____
Chairperson

Dated: _11-17-07_____, 2007

NATIONAL ASSOCIATION OF SECURITIES DEALERS

IN THE MATTER OF:

JEFFREY L. PRACHT, et al.,

        Claimants,

vs.

O.N. EQUITY SALES COMPANY,

        Respondent.

NASD No. 07-00948

## SUBPOENA DUCES TECUM

To:   Gary L. Lancaster
       6715 N.E. 63rd Street
       Vancouver, WA 98665

Pursuant to Section 10322 of the NASD Code of Arbitration Procedure, you are ordered to produce copies of those documents identified in Exhibit A hereto on or before 15 days after receipt of this subpoena, at the offices of Zeiger, Tigges & Little LLP, 41 South High St., Suite 3500, Columbus, OH 43215. You may comply with this subpoena by producing legible copies of the documents to be produced to the attorney whose name appears on this subpoena on or before the scheduled date of production. You are subpoenaed by the undersigned and unless excused from this subpoena by the undersigned or the NASD, you shall respond as directed.

Dated: _____, 2007.

Requested by:
Marion H. Little, Jr.
Zeiger, Tigges & Little LLP
41 South High St., Suite 3500
Columbus, OH 43215
614-365-4413
Attorney for Respondent

Issued by:

_____
Chairperson ... Robert N. Leitch

Dated: 11/19, 2007

# ZEIGER, TIGGES & LITTLE LLP

ATTORNEYS AT LAW

3500 HUNTINGTON CENTER

41 SOUTH HIGH STREET

COLUMBUS, OHIO 43215

TELEPHONE: (614) 365-9900
FACSIMILE: (614) 365-7900

WRITER'S DIRECT NUMBER:
(614) 365-4113

RECVD G&N DEC 20 2007

December 19, 2007

**Via Federal Express**

Joel A. Goodman, Esq.
Goodman & Nekvasil, P.A.
14020 Roosevelt Blvd., Suite 808
P.O. Box 17709
Clearwater, FL  33762

Re:

| | |
|---|---|
| FINRA Case No. 07-01554<br>Robert Merkel v.<br>The O.N. Equity Sales Company | FINRA Case No. 07-00937<br>Harold E. Pals, et al. v.<br>The O.N. Equity Sales Company |
| FINRA Case No. 07-00947<br>Catherine A. Scott, et al., v.<br>The O.N. Equity Sales Company | FINRA Case No. 07-01689<br>Virginia E. Thiers, et al. v.<br>The O.N. Equity Sales Company |
| FINRA Case No. 07-00759<br>John R. Venrick, et al., v.<br>The O.N. Equity Sales Company | FINRA Case No. 07-01020<br>Irene T. Gaydos, et al. v.<br>The O.N. Equity Sales Company |
| FINRA Case No. 07-00965<br>Allen R. Samuels, et al., v.<br>The O.N. Equity Sales Company | FINRA Case No. 07-00936<br>Marc E. Robertson, et al., v.<br>The O.N. Equity Sales Company |
| FINRA Case No. 07-01910<br>Louis Dina, et al. v.<br>The O.N. Equity Sales Company | |

Dear Joel:

Enclosed is a disc bearing documents Bates stamped Lancaster 1 – Lancaster 4509, which reflect those documents produced to us by Gary Lancaster in response to the subpoenas issued in the above-referenced arbitrations.

Joel A. Goodman, Esq.             ZEIGER, TIGGES & LITTLE LLP
December 19, 2007
Page 2

Please contact the undersigned should you have any questions.

Very truly yours,

Marion H. Little, Jr.

Enclosures

MHL:tlt:414-011:182414