# Exhibit 10

**NASD Dispute Resolution**
www.nasd.com

**Western Region**
300 South Grand Avenue • Suite 900 • Los Angeles, CA • 90071-3135 • 213-613-2680 • Fax 213-613-2677



RCVD G & N   JUN 1 8 2007

*Via Certified Mail*

June 13, 2007

Joel A. Goodman, Esq.
Goodman & Nekvasil, P.A.
14020 Roosevelt Blvd.
Suite 808, P.O. Box 17709
Clearwater, FL  33762

Subject:   NASD Dispute Resolution Arbitration Number 07-00759
           John R. Venrick, Betty Wallace, Betty Wallace Trust of 1992 et al v. The O.N. Equity
           Sales Company.

Dear Mr. Goodman:

Your case is ready for the next phase of the pre-hearing process. Below is information on:

- The assigned case administrator;
- Verification of your contact information;
- The composition of the panel;
- The initial pre-hearing conference;
- How to opt out of the initial pre-hearing conference;
- Procedure to reschedule the initial pre-hearing conference;
- Fees; and
- Mediation.

Assigned Case Administrator
As a reminder, your case has been reassigned to Laura D. McNamire. Please direct all correspondence and inquiries to Laura D. McNamire at the above address or at 213-613-2680  Fax: 301-527-4766. Please reference your assigned case number when contacting NASD staff.

Verify Your Contact Information
The enclosed Case Information Sheet reflects the contact information that we have on file. If the contact information is incorrect or if we do not have a telephone number for you, immediately contact this office with your contact information.

Panel Composition
NASD Dispute Resolution appointed an arbitration panel based upon the parties' consolidated lists. The enclosed Case Information Sheet lists the arbitration panel's composition. The arbitrators' classifications as public or non-public are accurate at the time of their appointment.

Please note that, if the number of arbitrators available to serve from the parties consolidated lists was

not sufficient to fill a panel, pursuant to NASD Rules,[1] the Director of Arbitration appointed one or more arbitrators to fill the panel. The Arbitrator Disclosure Reports of such arbitrators, if any, are enclosed. Please note that the Arbitrator Disclosure Reports include each arbitrator's past NASD awards. The awards are available through our online award database at www.nasd.com/arbitrationmediation/index.htm. Arbitrators may have additional awards in New York Stock Exchange (NYSE) cases. You may check the NYSE's online award database at www.nyse.com/arbitration/decisions.html.

Initial Pre-Hearing Conference
Pursuant to NASD Rules,[2] the telephonic initial pre-hearing conference is scheduled for **July 13, 2007 at 09:00 AM Pacific Time**. The purpose of the conference is to set hearing dates, a discovery schedule (if necessary), and identify any issues that may require arbitrator intervention. Prior to the conference, please confirm the availability of **all witnesses and have a realistic estimate of the time** you will need to present your case. Also, please have **your scheduling calendar ready at the initial** pre-hearing conference.

You will be called at the telephone number listed on the **enclosed Case Information Sheet or the** corrected number that you have provided. If you will not be at this telephone number on the date and time of the initial pre-hearing conference, described above, you may join the conference by dialing **888-922-8153**. You will be asked for a password and the name of the conference leader. The password is the arbitration case number including the zeroes and the conference leader is the Chairperson or the assigned NASD Case Administrator.

Opting Out of the Initial Pre-hearing Conference
Parties may opt out of the initial pre-hearing conference provided that the request to do so is a joint one and includes a proposed order. For cases proceeding according to the Old Code,[3] it is within the panel's discretion to grant or deny the parties' request to opt out of the initial pre-hearing conference. For cases proceeding according to the Customer or Industry Code,[4] the parties may agree to forgo the Initial Pre-hearing Conference only if they jointly provide the Director with the proposed order. The proposed order should address all items included in the Initial Pre-hearing Conference Scheduling Order. Parties may obtain a copy of the order from our Web site, www.nasd.com.

Procedure to Reschedule the Initial Pre-hearing Conference
If the above date is not convenient, you may request that the panel reschedule the initial pre-hearing conference. Any request to reschedule the conference must include **four mutually agreed upon dates and times** to reschedule the conference. We will not send a party's request to reschedule the conference to the panel unless we receive proposed agreed upon rescheduled dates and times. If you would like the panel to reschedule the conference, you must submit, in writing, the agreed upon dates and times within 14 days of the date of this letter.

---

[1] Customer Code Rule 12406(c)
Industry Code Rule 13406(c)
Old Code Rule 10308(6)(4)(b)

[2] Customer Code Rule 12500
Industry Code Rule 13500
Old Code Rule 10315

[3] Cases filed before April 16, 2007 proceed according to the Old Code.

[4] Cases filed on or after April 16, 2007 proceed according to either the Customer or Industry Code.

Fees
The panel will assess the cost of the initial pre-hearing conference to the parties at the end of the case. Pursuant to NASD Rules,[5] the panel may require the parties to pay hearing session fees during the course of the arbitration. For information on forum fees, please review the above-listed sections of the rules.

If you are counsel representing a party, it is your responsibility to ensure that your client understands his/her responsibilities regarding fees.

Mediation
NASD Dispute Resolution has a successful, voluntary mediation program. Are you interested in mediation? If yes, please check the following box and return a copy of this letter to me. [ ]

Online Evaluation
As a service organization, the primary goals of NASD Dispute Resolution are the integrity of its process and the satisfaction of its clients. To ensure that we are meeting your needs and satisfying our commitment to you, we need to hear from you. At the conclusion of this case, please take the time to complete an evaluation of our services, the process, and the arbitrator(s) assigned to your case. For your convenience, we have now made it possible for you to evaluate our services using the Internet. Please direct your Web browser to http://www.nasd.com/arbevaluation. If you do not have Internet access, or have difficulty completing the evaluation online, you may complete the enclosed paper version of the evaluation and mail it in the enclosed envelope. If you need another paper copy of the evaluation form, please contact the undersigned. Whenever possible, however, please use the new online version, as it will help us to review your feedback in a more expeditious and analytical manner. Your feedback is a valuable and necessary component in our efforts to serve you better.

Please contact our office if you have any questions.

Very truly yours,

/s/ Laura D. McNamire

Laura D. McNamire
Staff Attorney
213-613-2680  Fax: 301-527-4766


LDM:MDO:LC08C
idr:05/07
Enclosures
CC:
    Michael J. Busch
    Eric A. Chiappinelli
    Kevin I. Patrick

RECIPIENTS:

---

[5]Customer Code Rule 12902(b)(1)
Industry Code Rule 13902(b)(1)
Old Code Rule 10322(a) or Rule 10205(a)

Joel A. Goodman, Esq., John R. Venrick
Goodman & Nekvasil, P.A., 14020 Roosevelt Blvd., Suite 808, P.O. Box 17709,
Clearwater, FL  33762

Marion H. Little, Jr., Esq., The O.N. Equity Sales Company
Zeiger, Tigges & Little, LLP, 3500 Huntington Center, 41 South High Street,
Columbus, OH  43215

Joel A. Goodman, Esq., Betty Wallace
Goodman & Nekvasil, P.A., 14020 Roosevelt Blvd., Suite 808, P.O. Box 17709,
Clearwater, FL  33762

Joel A. Goodman, Esq., Betty Wallace Trust of 1992
Goodman & Nekvasil, P.A., 14020 Roosevelt Blvd., Suite 808, P.O. Box 17709,
Clearwater, FL  33762

Joel A. Goodman, Esq., Betty Wallace Employees Retirement Tru
Goodman & Nekvasil, P.A., 14020 Roosevelt Blvd., Suite 808, P.O. Box 17709,
Clearwater, FL  33762

Joel A. Goodman, Esq., Estate of Louis C. Robres
Goodman & Nekvasil, P.A., 14020 Roosevelt Blvd., Suite 808, P.O. Box 17709,
Clearwater, FL  33762

Joel A. Goodman, Esq., Elisa D. Hoffman
Goodman & Nekvasil, P.A., 14020 Roosevelt Blvd., Suite 808, P.O. Box 17709,
Clearwater, FL  33762

Joel A. Goodman, Esq., Dean K. Steinke
Goodman & Nekvasil, P.A., 14020 Roosevelt Blvd., Suite 808, P.O. Box 17709,
Clearwater, FL  33762