# Exhibit 12

## Heather Renfro

From: Heather Renfro [hrenfro@lawingfinancial.com]
Sent: Friday, September 17, 2004 4:54 PM
To: Karolyn_Yates@ohionational.com'
Subject: Gary Lancaster

Hi Karolyn!! Gary Lancaster is securities registered through the O.N. Equity Sales Co. He learned in his CE that he has to report to you that he owns an active 506 Private Placement Fund - which is now active. He doesn't market it, but he is the owner. What do we have to do to report this to you?

Please advise and thanks!

Heather A. Renfro
Business/Broker Development Coordinator
Lawing Financial Group, Inc.
800-493-6226 X 117
hrenfro@lawingfinancial.com
www.lawingfinancial.com

Securities offered through the O.N. Equity Sales Company, Member NASD/SIPC
The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and destroy any copies of this document.

ON 12657

**Heather Renfro**

From: Heather Renfro [hrenfro@lawingfinancial.com]
Sent: Wednesday, September 22, 2004 8:52 AM
To: 'Gary Lancaster'
Subject: FW: Gary Lancaster

Gary:
Please see below. If you have questions, please give Melissa Sturgis in my office a call to discuss

-----Original Message-----
From: Karolyn_Yates@ohionational.com [mailto:Karolyn_Yates@ohionational.com]
Sent: Tuesday, September 21, 2004 8:16 AM
To: Heather Renfro
Subject: Re: Gary Lancaster

Hi Heather,

Gary needs to complete a Personal Brokerage Form (attachment below). Upon completion Gary can fax or mail this form into ONESCO. ONESCO will create a letter and forward the letter to the Fund.

If you have any questions, please email or call our office at 877-663-7267 option 3, option 1.

Thanks,

Karolyn

## Ohio National Financial Services
## Bulletin Board Item

Document Size: 34,801
Revision Date: 10/23/2003 04:12 PM

| | |
|---|---|
| Authorized Editors of this Item: | Jeffery A Bley Jr |
| Document Owner: | Pauline Jones |
| | Pauline Jones |
| Authorized Editors of this Item: | Jeffery A Bley Jr, Pauline Jones |
| Author: | Jeffery A Bley Jr/ONLI |
| Last Editor: | Jeffery A Bley Jr/ONLI |
| Keywords: | 4.00 - ONESCO Forms |
| Effective As of: | 02/23/2000 |
| Frequency: | |
| | As Needed |
| Description: | 4.25 - ONESCO-148 Personal Brokerage Accounts |

ON 12659

000704 400424
9/29/04 13:5

2501-329
191989

# Personal Brokerage Account Disclosure

☐ I do not currently maintain a securities account.

☒ I maintain a securities account with the broker/dealer identified below (use additional forms for more than one account). Variable life insurance, variable annuities, mutual funds and unit investment trusts do not need to be reported unless held within a brokerage account.

LANCORP FINANCIAL FUND BUSINESS TRUST
Account Registration

TRICOM EQUITIES LIMITED
Broker/Dealer

LEVE 9, EXCHANGE HOUSE, 10 BRIDGE STREET   PO BOX N475
Street

GROSVENOR PLACE    SYDNEY   NSW   1219
City                State   AUSTRALIA    Zip

44 (02) 8274 6151       FAX   44 (02) 9251 7551
Phone

Type of Account:   ☐ Cash        ☒ Margin

**Authorized Activities:**

☒ Stocks/Bonds ONLY        ☐ Mutual Funds       ☐ Futures
☐ Municipal Bonds          ☐ Options            ☐ Limited Partnerships

☒ I will abide by the terms of the Insider Trading section of the ONESCO Compliance & Operations Manual.

☒ I have notified the broker/dealer where I maintain an account that I am associated with ONESCO, and that ONESCO is a member of the NASD.

[signature]
Registered Representative (Please Print Full Name)

SS# **REDACTED**

GARY L LANCASTER
9-24-04
Date

[signature]
Signature

_____           _____
Date                             Home Office Principal Approval

*In accordance with NASD Rule 3050, as well as the terms and conditions of the ONESCO Compliance and Operations Manual, ONESCO will request duplicate account statements directly from your brokerage firm upon approval of the account existence.*

ONESCO-146 Rev. 10/02

000003

ON 0135