Joel A. Goodman (FL Bar No. 802468)
Admitted *pro hac vice*
Email: gn.law@verizon.net
Goodman & Nekvasil, P.A.
14020 Roosevelt Blvd., Suite 808
P.O. Box 17709
Clearwater, Florida 33762
Telephone: 727-524-8486
Facsimile: 727-524-8786

Richard A. Kutche (CA Bar No. 151950)
Email: rakutche@pacbell.net
Law Offices of Richard A. Kutche
46 South First Street
San Jose, CA 95113
Telephone: (408) 295-0474
Facsimile: (408) 295-6693
Local counsel

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE O.N. EQUITY SALES COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS NEMES, Individually and as Trustee of the THOMAS NEMES TRUST, MICHAEL J. BENKERT, Individually and on Behalf of SHORE 2 SHORE ENTERPRISES, INC., and JERRY J. THOMAS and NANCY M. THOMAS, Individually and as Trustees of the JERRY J. THOMAS and NANCY M. THOMAS 1998 INTER VIVOS TRUST,<br><br>    Defendants. | Case No. C 07-03303 JF RS<br><br>**DEFENDANTS' NOTICE OF FILING EXHIBIT IN OPPOSITION TO PLAINTIFF'S REQUEST FOR COURT TO ENTERTAIN MOTION FOR RELIEF FROM JUDGMENT UNDER CIVIL RULE 60(b)(2) & 3 DURING THE PENDENCY OF APPEAL**<br><br>Date:        May 23, 2008<br>Time:       9:00 a.m.<br>Courtroom: 3, 5th Floor |

Defendants, through the undersigned counsel, hereby respectfully file the attached Exh. 1 in Opposition to the Request for Court to Entertain Motion for Relief from Judgment under Civil Rule 60(b)(2) & 3 During the Pendency of Appeal ("Rule 60 Request"), filed by Plaintiff O.N. Equity Sales Company ("ONESCO"). This exhibit is a more legible copy of a spreadsheet included in Exh. 4 of the Defendants' Memorandum of Points and Authorities in Opposition to ONESCO's Rule 60 Request (doc. 62), filed in this Court on May 2, 2008.

Respectfully submitted,

DATED: May 5, 2008                GOODMAN & NEKVASIL, P.A.

By: /s/ Joel A. Goodman
Joel A. Goodman
Attorney *pro hac vice*

LAW OFFICES OF RICHARD A. KUTCHE
Richard A. Kutche
Local counsel

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List below.

/s/ Joel A. Goodman
Joel A. Goodman
Goodman & Nekvasil, P.A.
14020 Roosevelt Blvd., Suite 808
P.O. Box 17709
Clearwater, Florida 33762
Telephone: 727-524-8486
Facsimile: 727-524-8786

**Electronic Mail Notice List**

Daniel T. Balmat
dbalmat@ssd.com, rarroyo@ssd.com

Marion Homer Little, Jr,
little@litohio.com

Joseph Anthony Meckes
jmeckes@ssd.com, sfr_docket@ssd.com

Michael R. Reed
reed@litohio.com