# Exhibit 1

**Beginning Balances, Deposits and Redemptions**

2/1/2005 Beg. Period
3/31/2005 End Qtr.     $   233,333.33

| Transaction Date | Effective Date | Transaction Description | Sum Of Transaction Amount | Running Total | Funds used to Purchase Shares | Acct No | FirstName | LastName | Referred By | # of Shares | Days | Weight | Weighted Avg. | Distribution |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2/1/2005 | Beg. Balance | $61,089.32 | $61,089.32 | $60,000.00 | 100-00 | Axina | Adlerbert | Reese | 12 | 58 | 696 | | |
| | | | | | | 100-00 Total | | | | | | 696 | 12 | $ 1,925.95 |
| | | | $61,089.32 | | | 100-00 Total | | | | | | 696 | | |
| | 2/1/2005 | Beg. Balance | $35,120.22 | $35,120.22 | $35,000.00 | 101-00 | Barbara | Allen | Reese | 7 | 58 | 406 | | |
| | | | | | | 101-00 Total | | | | | | 406 | 7 | $ 1,123.47 |
| | | | $35,120.22 | | | 101-00 Total | | | | | | 406 | | |
| | 2/1/2005 | Beg. Balance | $35,343.48 | $35,343.48 | $35,000.00 | 101-01 | Barbara | Allen | Reese | 7 | 58 | 406 | | |
| | | | | | | 101-01 Total | | | | | | 406 | 7 | $ 1,123.47 |
| | | | $35,343.48 | | | 101-01 Total | | | | | | 406 | | |
| | 2/1/2005 | Beg. Balance | $125,556.55 | $125,556.55 | $125,000.00 | 103-00 | Tom | Bartlett | Reese | 25 | 58 | 1450 | | |
| | | | | | | 103-00 Total | | | | | | 1450 | 25 | $ 4,012.40 |
| | | | $125,556.55 | | | 103-00 Total | | | | | | 1450 | | |
| | 2/1/2005 | Beg. Balance | $25,000.00 | $25,000.00 | $25,000.00 | 105-00 | Michael | Benkert | Reese | 5 | 58 | 290 | | |
| | | | | | | 105-00 Total | | | | | | 290 | 5 | $ 802.48 |
| | | | $25,000.00 | | | 105-00 Total | | | | | | 290 | | |
| | 2/1/2005 | Beg. Balance | $175,000.00 | $175,000.00 | $175,000.00 | 107-00 | Frances | Benyo | McDuff | 35 | 58 | 2030 | | |
| | | | | | | 107-00 Total | | | | | | 2030 | 35 | $ 5,617.36 |
| | | | $175,000.00 | | | 107-00 Total | | | | | | 2030 | | |
| | 2/1/2005 | Beg. Balance | $163,679.95 | $163,679.95 | $160,000.00 | 108-00 | Jay and Marsha | Biles | Herring | 32 | 58 | 1856 | | |
| | | | | | | 108-00 Total | | | | | | 1856 | 32 | $ 5,135.87 |
| | | | $163,679.95 | | | 108-00 Total | | | | | | 1856 | | |
| | 2/1/2005 | Beg. Balance | $25,000.00 | $25,000.00 | $25,000.00 | 109-00 | Robert | Blocksom | Reese | 5 | 58 | 290 | | |
| | | | | | | 109-00 Total | | | | | | 290 | 5 | $ 802.48 |
| | | | $25,000.00 | | | 109-00 Total | | | | | | 290 | | |
| | 2/1/2005 | Beg. Balance | $153,449.32 | $153,449.32 | $150,000.00 | 111-00 | Robert | Bramson | Reese | 30 | 58 | 1740 | | |
| | | | | | | 111-00 Total | | | | | | 1740 | 30 | $ 4,814.88 |
| | | | $153,449.32 | | | 111-00 Total | | | | | | 1740 | | |
| | 2/1/2005 | Beg. Balance | $153,733.53 | $153,733.53 | $150,000.00 | 112-00 | Robert | Broderson | Reese | 30 | 58 | 1740 | | |
| | | | | | | 112-00 Total | | | | | | 1740 | 30 | $ 4,814.88 |
| | | | $153,733.53 | | | 112-00 Total | | | | | | 1740 | | |
| | 2/1/2005 | Beg. Balance | $25,000.00 | $25,000.00 | $25,000.00 | 113-00 | Sammy | Cattan | Reese | 5 | 58 | 290 | | |
| | | | | | | 113-00 Total | | | | | | 290 | 5 | $ 802.48 |
| | | | $25,000.00 | | | 113-00 Total | | | | | | 290 | | |
| | 2/22/2005 | Deposit | $35,000.00 | $35,000.00 | $35,000.00 | 114-00 | Henrietta | Charters | Reese | 7 | 37 | 259 | | |
| | | | | | | 114-00 Total | | | | | | 259 | 4.465517241 | $ 716.70 |
| | | | $35,000.00 | | | 114-00 Total | | | | | | 259 | | |
| | 2/22/2005 | Deposit | $200,000.00 | $200,000.00 | $200,000.00 | 114-01 | Christopher | Charters | Reese | 40 | 37 | 1480 | | |
| | | | | | | 114-01 Total | | | | | | 1480 | 25.51724138 | $ 4,095.41 |
| | | | $200,000.00 | | | 114-01 Total | | | | | | 1480 | | |
| | 2/1/2005 | Beg. Balance | $130,591.33 | $130,591.33 | $130,000.00 | 114-02 | Christopher | Charters | Reese | 26 | 58 | 1508 | | |
| | | | | | | 114-02 Total | | | | | | 1508 | 26 | $ 4,172.89 |
| | | | $130,591.33 | | | 114-02 Total | | | | | | 1508 | | |
| | 2/1/2005 | Beg. Balance | $30,000.00 | $30,000.00 | $30,000.00 | 196-00 | Joseph | Couture | Reese | 6 | 58 | 348 | | |
| | | | | | | 196-00 Total | | | | | | 348 | 6 | $ 962.98 |
| | | | $30,000.00 | | | 196-00 Total | | | | | | 348 | | |
| | 2/1/2005 | Beg. Balance | $32,795.06 | $32,795.06 | $30,000.00 | 116-00 | Dan | Cui | Reese | 6 | 58 | 348 | | |
| | | | | | | 116-00 Total | | | | | | 348 | 6 | $ 962.98 |
| | | | $32,795.06 | | | 116-00 Total | | | | | | 348 | | |
| | 2/1/2005 | Beg. Balance | $25,000.00 | $25,000.00 | $25,000.00 | 118-00 | Donna | Dermody | Reese | 5 | 58 | 290 | | |

| Date | Type | Amount | | | Account | First Name | Last Name | Fund | Col1 | Col2 | Value | Rate | Payout |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 118-00 Total | | | | | | 290 | 5 | $ 802.48 |
| | | $25,000.00 | | | 118-00 Total | | | | | | 290 | | |
| 2/1/2005 | Beg. Balance | $185,000.00 | $185,000.00 | $185,000.00 | 118-01 | Donna | Dermody | Reese | 37 | 58 | 2146 | | |
| | | | | | 118-01 Total | | | | | | 2146 | 37 | $ 5,938.35 |
| | | $185,000.00 | | | 118-01 Total | | | | | | 2146 | | |
| 2/1/2005 | Beg. Balance | $200,000.00 | $200,000.00 | $200,000.00 | 119-00 | Louis | Dina | Reese | 40 | 58 | 2320 | | |
| | | | | | 119-00 Total | | | | | | 2320 | 40 | $ 6,419.83 |
| | | $200,000.00 | | | 119-00 Total | | | | | | 2320 | | |
| 2/1/2005 | Beg. Balance | $30,783.28 | $30,783.28 | $30,000.00 | 120-00 | Randy & Katherine | Dirks | Reese | 6 | 58 | 348 | | |
| | | | | | 120-00 Total | | | | | | 348 | 6 | $ 962.98 |
| | | $30,783.28 | | | 120-00 Total | | | | | | 348 | | |
| 3/18/2005 | Deposit | $60,000.00 | $60,000.00 | $60,000.00 | 213-00 | Richard | Ellis | Reese | 12 | 13 | 156 | | |
| | | | | | 213-00 Total | | | | | | 156 | 2.689655172 | $ 431.68 |
| | | $60,000.00 | | | 213-00 Total | | | | | | 156 | | |
| 2/1/2005 | Beg. Balance | $102,306.22 | $102,306.22 | $100,000.00 | 121-00 | Lawrence | Emmertz | Reese | 20 | 58 | 1160 | | |
| | | | | | 121-00 Total | | | | | | 1160 | 20 | $ 3,209.92 |
| | | $102,306.22 | | | 121-00 Total | | | | | | 1160 | | |
| 2/1/2005 | Beg. Balance | $25,000.00 | $25,000.00 | $25,000.00 | 122-00 | Carlos | Estrada Jr. | Reese | 5 | 58 | 290 | | |
| | | | | | 122-00 Total | | | | | | 290 | 5 | $ 802.48 |
| | | $25,000.00 | | | 122-00 Total | | | | | | 290 | | |
| 2/10/2005 | Deposit | $25,000.00 | $25,000.00 | $25,000.00 | 123-00 | Thomas | Ferrara | Reese | 5 | 49 | 245 | | |
| | | | | | 123-00 Total | | | | | | 245 | 4.224137931 | $ 677.96 |
| | | $25,000.00 | | | 123-00 Total | | | | | | 245 | | |
| 2/14/2005 | Deposit | $25,000.00 | $25,000.00 | $25,000.00 | 124-00 | Lloyd & June | Franko | Reese | 5 | 45 | 225 | | |
| | | | | | 124-00 Total | | | | | | 225 | 3.879310345 | $ 622.61 |
| | | $25,000.00 | | | 124-00 Total | | | | | | 225 | | |
| 2/1/2005 | Beg. Balance | $125,576.55 | $125,576.55 | $125,000.00 | 125-00 | Brian | Gallagher | Reese | 25 | 58 | 1450 | | |
| | | | | | 125-00 Total | | | | | | 1450 | 25 | $ 4,012.40 |
| | | $125,576.55 | | | 125-00 Total | | | | | | 1450 | | |
| 2/1/2005 | Beg. Balance | $50,000.00 | $50,000.00 | $50,000.00 | 126-00 | Irene | Gaydos | Reese | 10 | 58 | 580 | | |
| | | | | | 126-00 Total | | | | | | 580 | 10 | $ 1,604.96 |
| | | $50,000.00 | | | 126-00 Total | | | | | | 580 | | |
| 2/1/2005 | Beg. Balance | $60,000.00 | $60,000.00 | $60,000.00 | 127-00 | Lonnie & Patricia | Gibson | Reese | 12 | 58 | 696 | | |
| | | | | | 127-00 Total | | | | | | 696 | 12 | $ 1,925.95 |
| | | $60,000.00 | | | 127-00 Total | | | | | | 696 | | |
| 2/1/2005 | Beg. Balance | $25,000.00 | $25,000.00 | $25,000.00 | 128-00 | Jeanette | Godbehere | Reese | 5 | 58 | 290 | | |
| | | | | | 128-00 Total | | | | | | 290 | 5 | $ 802.48 |
| | | $25,000.00 | | | 128-00 Total | | | | | | 290 | | |
| 2/1/2005 | Beg. Balance | $25,000.00 | $25,000.00 | $25,000.00 | 201-00 | Mark | Goodman | Reese | 5 | 58 | 290 | | |
| | | | | | 201-00 | | | | | | 290 | 5 | $ 802.48 |
| | | $25,000.00 | | | 201-00 Total | | | | | | 290 | | |
| 2/1/2005 | Beg. Balance | $30,831.53 | $30,831.53 | $30,000.00 | 130-00 | Rosalind | Griffin | Reese | 6 | 58 | 348 | | |
| | | | | | 130-00 Total | | | | | | 348 | 6 | $ 962.98 |
| | | $30,831.53 | | | 130-00 Total | | | | | | 348 | | |
| 2/1/2005 | Beg. Balance | $25,000.00 | $25,000.00 | $25,000.00 | 204-00 | Sara | Hanan | Reese | 5 | 58 | 290 | | |
| | | | | | 204-00 Total | | | | | | 290 | 5 | $ 802.48 |
| | | $25,000.00 | | | 204-00 Total | | | | | | 290 | | |
| 2/1/2005 | Beg. Balance | $50,000.00 | $50,000.00 | $50,000.00 | 133-00 | Bill | Hatfield | Reese | 10 | 13 | 130 | | |
| 2/14/2005 | Redemption | ($25,000.00) | $25,000.00 | $25,000.00 | 133-00 | Bill | Hatfield | Reese | 5 | 45 | 225 | | |
| | | | | | 133-00 Total | | | | | | 355 | 6.120689655 | $ 982.35 |
| | | $25,000.00 | | | 133-00 Total | | | | | | 355 | | |
| 2/1/2005 | Beg. Balance | $25,597.70 | $25,597.70 | $25,000.00 | 134-00 | Kevin | Herring | McDuff | 5 | 13 | 0 | | |
| 2/14/2005 | Redemption | ($25,597.70) | $0.00 | $0.00 | 134-00 | Kevin | Herring | McDuff | 0 | 45 | 0 | | |
| | | | | | 134-00 Total | | | | | | 0 | 0 | $ - |
| | | $0.00 | | | 134-00 Total | | | | | | 0 | | |
| 2/1/2005 | Beg. Balance | $125,075.59 | $125,075.59 | $125,000.00 | 135-00 | Stephen | Hoegler | Reese | 25 | 58 | 1450 | | |

| Date | Type | Amount 1 | Amount 2 | Amount 3 | Acct | First | Last | Agent | Col1 | Col2 | Col3 | Col4 | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 135-00 Total | | | | | | 1450 | 25 | $ 4,012.40 |
| | | $125,075.59 | | | 135-00 Total | | | | | | 1450 | | |
| 2/1/2005 | Beg. Balance | $50,000.00 | $50,000.00 | $50,000.00 | 136-00 | Elisa | Hoffman | Reese | 10 | 58 | 580 | | |
| | | | | | 136-00 Total | | | | | | 580 | 10 | $ 1,604.96 |
| | | $50,000.00 | | | 136-00 Total | | | | | | 580 | | |
| 2/28/2005 | Deposit | $30,000.00 | $30,000.00 | $30,000.00 | 211-00 | Frank | Howard | Reese | 6 | 31 | 186 | | |
| | | | | | 211-00 Total | | | | | | 186 | 3.206896552 | $ 514.69 |
| | | $30,000.00 | | | 211-00 Total | | | | | | 186 | | |
| 2/1/2005 | Beg. Balance | $25,644.84 | $25,644.84 | $25,000.00 | 137-00 | Helen | Johnson | Reese | 5 | 58 | 290 | | |
| | | | | | 137-00 Total | | | | | | 290 | 5 | $ 802.48 |
| | | $25,644.84 | | | 137-00 Total | | | | | | 290 | | |
| 2/1/2005 | Beg. Balance | $25,576.55 | $25,576.55 | $25,000.00 | 138-00 | Phil & Linda | Johnson | Reese | 5 | 58 | 290 | | |
| | | | | | 138-00 Total | | | | | | 290 | 5 | $ 802.48 |
| | | $25,576.55 | | | 138-00 Total | | | | | | 290 | | |
| 2/1/2005 | Beg. Balance | $45,000.00 | $45,000.00 | $45,000.00 | 202-00 | John | Kleja | Reese | 9 | 58 | 522 | | |
| | | | | | 202-00 Total | | | | | | 522 | 9 | $ 1,444.46 |
| | | $45,000.00 | | | 202-00 Total | | | | | | 522 | | |
| 2/1/2005 | Beg. Balance | $195,000.00 | $195,000.00 | $195,000.00 | 197-00 | David | Klink | Reese | 39 | 58 | 2262 | | |
| | | | | | 197-00 Total | | | | | | 2262 | 39 | $ 6,259.34 |
| | | $195,000.00 | | | 197-00 Total | | | | | | 2262 | | |
| 2/1/2005 | Beg. Balance | $40,000.00 | $40,000.00 | $40,000.00 | 205-00 | Sandra | Knight | Reese | 8 | 58 | 464 | | |
| | | | | | 205-00 Total | | | | | | 464 | 8 | $ 1,283.97 |
| | | $40,000.00 | | | 205-00 Total | | | | | | 464 | | |
| 2/1/2005 | Beg. Balance | $80,828.20 | $80,828.20 | $80,000.00 | 140-00 | Ron | Logar | Winkler (Don) | 16 | 58 | 928 | | |
| | | | | | 140-00 Total | | | | | | 928 | 16 | $ 2,567.93 |
| | | $80,828.20 | | | 140-00 Total | | | | | | 928 | | |
| 2/1/2005 | Beg. Balance | $67,742.42 | $67,742.42 | $65,000.00 | 146-00 | John | McDuff | McDuff | 13 | 58 | 754 | | |
| | | | | | 146-00 Total | | | | | | 754 | 13 | $ 2,086.45 |
| | | $67,742.42 | | | 146-00 Total | | | | | | 754 | | |
| 2/1/2005 | Beg. Balance | $33,338.91 | $33,338.91 | $30,000.00 | 145-00 | Vivian | McDuff | McDuff | 6 | 58 | 348 | | |
| | | | | | 145-00 Total | | | | | | 348 | 6 | $ 962.98 |
| | | $33,338.91 | | | 145-00 Total | | | | | | 348 | | |
| 2/7/2005 | Deposit | $50,000.00 | $50,000.00 | $50,000.00 | 208-00 | Mary | McMakin | Reese | 10 | 52 | 520 | | |
| | | | | | 208-00 Total | | | | | | 520 | 8.965517241 | $ 1,438.93 |
| | | $50,000.00 | | | 208-00 Total | | | | | | 520 | | |
| 2/1/2005 | Beg. Balance | $50,000.00 | $50,000.00 | $50,000.00 | 147-00 | Robert | Merkel | Reese | 10 | 58 | 580 | | |
| | | | | | 147-00 Total | | | | | | 580 | 10 | $ 1,604.96 |
| | | $50,000.00 | | | 147-00 Total | | | | | | 580 | | |
| 2/1/2005 | Beg. Balance | $25,000.00 | $25,000.00 | $25,000.00 | 150-00 | Larry | Miracle | Reese | 5 | 48 | 240 | | |
| 3/21/2005 | Deposit | $10,000.00 | $35,000.00 | $35,000.00 | 150-00 | Larry | Miracle | Reese | 7 | 10 | 70 | | |
| | | | | | 150-00 Total | | | | | | 310 | 5.344827586 | $ 857.82 |
| | | $35,000.00 | | | 150-00 Total | | | | | | 310 | | |
| 2/1/2005 | Beg. Balance | $102,705.65 | $102,705.65 | $100,000.00 | 152-00 | Thomas | Nemes | Reese | 20 | 58 | 1160 | | |
| | | | | | 152-00 Total | | | | | | 1160 | 20 | $ 3,209.92 |
| | | $102,705.65 | | | 152-00 Total | | | | | | 1160 | | |
| 2/1/2005 | Beg. Balance | $230,000.00 | $230,000.00 | $230,000.00 | 153-00 | Clair | Pals | Reese | 46 | 58 | 2668 | | |
| | | | | | 153-00 Total | | | | | | 2668 | 46 | $ 7,382.81 |
| | | $230,000.00 | | | 153-00 Total | | | | | | 2668 | | |
| 2/1/2005 | Beg. Balance | $484,980.00 | $484,980.00 | $485,000.00 | 154-00 | Harold | Pals | Reese | 97 | 42 | 4074 | | |
| 3/15/2005 | Deposit | $5,000.00 | $489,980.00 | $490,000.00 | 154-00 | Harold | Pals | Reese | 98 | 16 | 1568 | | |
| | | | | | 154-00 Total | | | | | | 5642 | 97.27586207 | $ 15,612.37 |
| | | $489,980.00 | | | 154-00 Total | | | | | | 5642 | | |
| 2/1/2005 | Beg. Balance | $255,000.00 | $255,000.00 | $255,000.00 | 154-01 | Harold | Pals | Reese | 51 | 58 | 2958 | | |
| | | | | | 154-01 Total | | | | | | 2958 | 51 | $ 8,185.29 |
| | | $255,000.00 | | | 154-01 Total | | | | | | 2958 | | |
| 2/1/2005 | Beg. Balance | $50,000.00 | $50,000.00 | $50,000.00 | 155-00 | Dilip | Patel | McDuff | 10 | 58 | 580 | | |

| Date | Type | Amount | Amount2 | Amount3 | Account | First Name | Last Name | Agent | Units | Rate | Value | Factor | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 155-00 Total | | | | | | 580 | 10 | $ 1,604.96 |
| | | $50,000.00 | | | 155-00 Total | | | | | | 580 | | |
| 2/1/2005 | Beg. Balance | $25,000.00 | $25,000.00 | $25,000.00 | 203-00 | Alvin | Perry | Reese | 5 | 58 | 290 | | |
| | | | | | 203-00 Total | | | | | | 290 | 5 | $ 802.48 |
| | | $25,000.00 | | | 203-00 Total | | | | | | 290 | | |
| 2/1/2005 | Beg. Balance | $100,000.00 | $100,000.00 | $100,000.00 | 156-00 | Darrell and Linda | Platt | Pyle | 20 | 58 | 1160 | | |
| | | | | | 156-00 Total | | | | | | 1160 | 20 | $ 3,209.92 |
| | | $100,000.00 | | | 156-00 Total | | | | | | 1160 | | |
| 2/1/2005 | Beg. Balance | $61,383.73 | $61,383.73 | $60,000.00 | 157-00 | Jeffrey | Pracht | Reese | 12 | 58 | 696 | | |
| | | | | | 157-00 Total | | | | | | 696 | 12 | $ 1,925.95 |
| | | $61,383.73 | | | 157-00 Total | | | | | | 696 | | |
| 2/1/2005 | Beg. Balance | $75,000.00 | $75,000.00 | $75,000.00 | 158-00 | Charlene | Prins | Reese | 15 | 58 | 870 | | |
| | | | | | 158-00 Total | | | | | | 870 | 15 | $ 2,407.44 |
| | | $75,000.00 | | | 158-00 Total | | | | | | 870 | | |
| 2/1/2005 | Beg. Balance | $40,922.49 | $40,922.49 | $40,000.00 | 160-00 | Leslie | Rahner | Reese | 8 | 58 | 464 | | |
| | | | | | 160-00 Total | | | | | | 464 | 8 | $ 1,283.97 |
| | | $40,922.49 | | | 160-00 Total | | | | | | 464 | | |
| 2/1/2005 | Beg. Balance | $429,893.36 | $429,893.36 | $425,000.00 | 160-01 | Mark | Rahner | Reese | 85 | 58 | 4930 | | |
| | | | | | 160-01 Total | | | | | | 4930 | 85 | $ 13,642.15 |
| | | $429,893.36 | | | 160-01 Total | | | | | | 4930 | | |
| 2/1/2005 | Deposit | $25,576.55 | $25,576.55 | $25,000.00 | 160-02 | Mark & Leslie | Rahner | Reese | 5 | 58 | 290 | | |
| | | | | | 160-02 Total | | | | | | 290 | 5 | $ 802.48 |
| | | $25,576.55 | | | 160-02 Total | | | | | | 290 | | |
| 2/25/2005 | Deposit | $25,000.00 | $25,000.00 | $25,000.00 | 212-00 | V. Elaine | Richards | Reese | 5 | 34 | 170 | | |
| | | | | | 212-00 Total | | | | | | 170 | 2.931034483 | $ 470.42 |
| | | $25,000.00 | | | 212-00 Total | | | | | | 170 | | |
| 2/1/2005 | Beg. Balance | $50,000.00 | $50,000.00 | $50,000.00 | 200-00 | Marc | Robertson | Reese | 10 | 58 | 580 | | |
| | | | | | 200-00 Total | | | | | | 580 | | |
| | | $50,000.00 | | | 200-00 Total | | | | | | 580 | 10 | $ 1,604.96 |
| 2/1/2005 | Beg. Balance | $25,000.00 | $25,000.00 | $25,000.00 | 163-00 | Perry | Robertson | Reese | 5 | 13 | 0 | | |
| 2/14/2005 | Redemption | ($25,000.00) | $0.00 | $0.00 | 163-00 | Perry | Robertson | Reese | 0 | 45 | 0 | | |
| | | | | | 163-00 Total | | | | | | 0 | 0 | $ - |
| | | $0.00 | | | 163-00 Total | | | | | | 0 | | |
| 2/1/2005 | Beg. Balance | $75,000.00 | $75,000.00 | $75,000.00 | 206-00 | Thomas | Robertson | Reese | 15 | 58 | 870 | | |
| | | | | | 206-00 Total | | | | | | 870 | 15 | $ 2,407.44 |
| | | $75,000.00 | | | 206-00 Total | | | | | | 870 | | |
| 2/1/2005 | Beg. Balance | $25,663.03 | $25,663.03 | $25,000.00 | 164-00 | Durwood | Robinson | Reese | 5 | 58 | 290 | | |
| | | | | | 164-00 Total | | | | | | 290 | 5 | $ 802.48 |
| | | $25,663.03 | | | 164-00 Total | | | | | | 290 | | |
| 2/1/2005 | Beg. Balance | $25,000.00 | $25,000.00 | $25,000.00 | 165-00 | Luis | Robres | Reese | 5 | 58 | 290 | | |
| | | | | | 165-00 Total | | | | | | 290 | 5 | $ 802.48 |
| | | $25,000.00 | | | 165-00 Total | | | | | | 290 | | |
| 3/18/2005 | Deposit | $35,000.00 | $35,000.00 | $35,000.00 | 214-00 | Thurman | Rose | Reese | 7 | 13 | 91 | | |
| | | | | | 214-00 Total | | | | | | 91 | 1.568965517 | $ 251.81 |
| | | $35,000.00 | | | 214-00 Total | | | | | | 91 | | |
| 2/1/2005 | Beg. Balance | $100,000.00 | $100,000.00 | $100,000.00 | 167-00 | Allen | Samuels | Reese | 20 | 58 | 1160 | | |
| | | | | | 167-00 Total | | | | | | 1160 | 20 | $ 3,209.92 |
| | | $100,000.00 | | | 167-00 Total | | | | | | 1160 | | |
| 2/1/2005 | Beg. Balance | $75,000.00 | $75,000.00 | $75,000.00 | 169-00 | Catherine | Scott | Reese | 15 | 58 | 870 | | |
| | | | | | 169-00 Total | | | | | | 870 | 15 | $ 2,407.44 |
| | | $75,000.00 | | | 169-00 Total | | | | | | 870 | | |
| 3/21/2005 | Deposit | $25,000.00 | $25,000.00 | $25,000.00 | 170-01 | Louise | Scott | Reese | 5 | 10 | 50 | | |
| | | | | | 170-01 Total | | | | | | 50 | 0.862068966 | $ 138.36 |
| | | $25,000.00 | | | 170-01 Total | | | | | | 50 | | |
| 2/14/2005 | Deposit | $25,000.00 | $25,000.00 | $25,000.00 | 172-00 | Mark | Shaw | Reese | 5 | 45 | 225 | | |
| | | | | | 172-00 Total | | | | | | 225 | 3.879310345 | $ 622.61 |

| Date | Type | Amount | Amount2 | Amount3 | Account | First | Last | Agent | Qty | Code | Val1 | Val2 | Val3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $25,000.00 | | | 172-00 Total | | | | | | 225 | | |
| 2/1/2005 | Beg. Balance | $25,000.00 | $25,000.00 | $25,000.00 | 174-00 | Robert & Mary | Spears | Reese | 5 | 58 | 290 | | |
| | | | | | 174-00 Total | | | | | | 290 | 5 | $ 802.48 |
| | | $25,000.00 | | | 174-00 Total | | | | | | 290 | | |
| 2/1/2005 | Beg. Balance | $51,153.11 | $51,153.11 | $50,000.00 | 175-00 | Jane | Staudt | Reese | 10 | 58 | 580 | | |
| | | | | | 175-00 Total | | | | | | 580 | 10 | $ 1,604.96 |
| | | $51,153.11 | | | 175-00 Total | | | | | | 580 | | |
| 2/1/2005 | Beg. Balance | $170,000.00 | $170,000.00 | $170,000.00 | 176-00 | Richard | Staudt | Reese | 34 | 58 | 1972 | | |
| | | | | | 176-00 Total | | | | | | 1972 | 34 | $ 5,456.86 |
| | | $170,000.00 | | | 176-00 Total | | | | | | 1972 | | |
| 2/1/2005 | Beg. Balance | $25,000.00 | $25,000.00 | $25,000.00 | 177-00 | Dean | Steinke | Reese | 5 | 58 | 290 | | |
| | | | | | 177-00 Total | | | | | | 290 | 5 | $ 802.48 |
| | | $25,000.00 | | | 177-00 Total | | | | | | 290 | | |
| 2/1/2005 | Beg. Balance | $35,000.00 | $35,000.00 | $35,000.00 | 178-00 | William | Sumerton | Reese | 7 | 58 | 406 | | |
| | | | | | 178-00 Total | | | | | | 406 | 7 | $ 1,123.47 |
| | | $35,000.00 | | | 178-00 Total | | | | | | 406 | | |
| 2/16/2005 | Deposit | $25,000.00 | $25,000.00 | $25,000.00 | 209-00 | Cheryl | Summerlin | Reese | 5 | 43 | 215 | | |
| | | | | | 209-00 Total | | | | | | 215 | 3.706896552 | $ 594.94 |
| | | $25,000.00 | | | 209-00 Total | | | | | | 215 | | |
| 2/1/2005 | Beg. Balance | $25,000.00 | $25,000.00 | $25,000.00 | 179-00 | Andrew | Swavely | Reese | 5 | 58 | 290 | | |
| | | | | | 179-00 Total | | | | | | 290 | 5 | $ 802.48 |
| | | $25,000.00 | | | 179-00 Total | | | | | | 290 | | |
| 2/1/2005 | Beg. Balance | $25,000.00 | $25,000.00 | $25,000.00 | 181-00 | Virginia | Thiers | Reese | 5 | 58 | 290 | | |
| | | | | | 181-00 Total | | | | | | 290 | 5 | $ 802.48 |
| | | $25,000.00 | | | 181-00 Total | | | | | | 290 | | |
| 2/1/2005 | Beg. Balance | $25,665.09 | $25,665.09 | $25,000.00 | 182-00 | Jerry | Thomas | Reese | 5 | 58 | 290 | | |
| | | | | | 182-00 Total | | | | | | 290 | 5 | $ 802.48 |
| | | $25,665.09 | | | 182-00 Total | | | | | | 290 | | |
| 2/22/2005 | Deposit | $25,000.00 | $25,000.00 | $25,000.00 | 210-00 | Michael | Tobin | Reese | 5 | 37 | 185 | | |
| | | | | | 210-00 Total | | | | | | 185 | 3.189655172 | $ 511.93 |
| | | $25,000.00 | | | 210-00 Total | | | | | | 185 | | |
| 2/1/2005 | Beg. Balance | $300,588.82 | $300,588.82 | $300,000.00 | 183-00 | Julie | Tolman | Winkler (Don) | 60 | 58 | 3480 | | |
| | | | | | 183-00 Total | | | | | | 3480 | 60 | $ 9,629.75 |
| | | $300,588.82 | | | 183-00 Total | | | | | | 3480 | | |
| 2/1/2005 | Beg. Balance | $25,576.55 | $25,576.55 | $25,000.00 | 184-00 | Frank | Torchia | Reese | 5 | 58 | 290 | | |
| | | | | | 184-00 Total | | | | | | 290 | 5 | $ 802.48 |
| | | $25,576.55 | | | 184-00 Total | | | | | | 290 | | |
| 2/1/2005 | Beg. Balance | $25,000.00 | $25,000.00 | $25,000.00 | 186-00 | Dave | Van Baelen | Reese | 5 | 58 | 290 | | |
| | | | | | 186-00 Total | | | | | | 290 | 5 | $ 802.48 |
| | | $25,000.00 | | | 186-00 Total | | | | | | 290 | | |
| 2/1/2005 | Beg. Balance | $405,000.00 | $405,000.00 | $405,000.00 | 187-00 | Dorothy | Van Sickle | Reese | 81 | 58 | 4698 | | |
| | | | | | 187-00 Total | | | | | | 4698 | 81 | $ 13,000.17 |
| | | $405,000.00 | | | 187-00 Total | | | | | | 4698 | | |
| 2/1/2005 | Beg. Balance | $102,306.22 | $102,306.22 | $100,000.00 | 188-00 | John & Dorothy | Venrick | Reese | 20 | 58 | 1160 | | |
| | | | | | 188-00 Total | | | | | | 1160 | 20 | $ 3,209.92 |
| | | $102,306.22 | | | 188-00 Total | | | | | | 1160 | | |
| 2/1/2005 | Beg. Balance | $200,000.00 | $200,000.00 | $200,000.00 | 189-00 | Betty | Wallace | Reese | 40 | 58 | 2320 | | |
| | | | | | 189-00 Total | | | | | | 2320 | 40 | $ 6,419.83 |
| | | $200,000.00 | | | 189-00 Total | | | | | | 2320 | | |
| 2/1/2005 | Beg. Balance | $200,000.00 | $200,000.00 | $200,000.00 | 189-01 | Betty | Wallace | Reese | 40 | 58 | 2320 | | |
| | | | | | 189-01 Total | | | | | | 2320 | 40 | $ 6,419.83 |
| | | $200,000.00 | | | 189-01 Total | | | | | | 2320 | | |
| 2/1/2005 | Beg. Balance | $25,000.00 | $25,000.00 | $25,000.00 | 190-00 | Scott | Walls | Reese | 5 | 58 | 290 | | |
| | | | | | 190-00 Total | | | | | | 290 | 5 | $ 802.48 |
| | | $25,000.00 | | | 190-00 Total | | | | | | 290 | | |
| 2/1/2005 | Beg. Balance | $51,243.73 | $51,243.73 | $50,000.00 | 191-00 | Donald | Weckerly | Reese | 10 | 58 | 580 | | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **191-00 Total** | | | | | | 580 | 10 | $ 1,604.96 |
| | | $51,243.73 | | | | **191-00 Total** | | | | | | 580 | | |
| | 2/1/2005 | Beg. Balance | $120,406.62 | $120,406.62 | $120,000.00 | 192-00 | Peter | Weiss | Reese | 24 | 58 | 1392 | | |
| | | | | | | **192-00 Total** | | | | | | 1392 | 24 | $ 3,851.90 |
| | | | $120,406.62 | | | **192-00 Total** | | | | | | 1392 | | |
| | 2/1/2005 | Beg. Balance | $25,576.55 | $25,576.55 | $25,000.00 | 193-00 | Edward | Westfall | Winkler (JT) | 5 | 58 | 290 | | |
| | | | | | | **193-00 Total** | | | | | | 290 | 5 | $ 802.48 |
| | | | $25,576.55 | | | **193-00 Total** | | | | | | 290 | | |
| | | | | | | | | | | | | | |
| | | | $7,562,704.35 | | | **Grand Total** | | | | 1,625 | | 84322 | 1454 | $ 233,333.33 |

LANCASTER 144