Joel A. Goodman (FL Bar No. 802468)
Admitted *pro hac vice*
Email: gn.law@verizon.net
Goodman & Nekvasil, P.A.
14020 Roosevelt Blvd., Suite 808
P.O. Box 17709
Clearwater, Florida 33762
Telephone: 727-524-8486
Facsimile: 727-524-8786

Richard A. Kutche (CA Bar No. 151950)
Email: rakutche@pacbell.net
Law Offices of Richard A. Kutche
46 South First Street
San Jose, CA 95113
Telephone: (408) 295-0474
Facsimile: (408) 295-6693
Local counsel

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE O.N. EQUITY SALES COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS NEMES, Individually and as Trustee of the THOMAS NEMES TRUST, MICHAEL J. BENKERT, Individually and on Behalf of SHORE 2 SHORE ENTERPRISES, INC., and JERRY J. THOMAS and NANCY M. THOMAS, Individually and as Trustees of the JERRY J. THOMAS and NANCY M. THOMAS 1998 INTER VIVOS TRUST,<br><br>Defendants. | Case No. C 07-03303 JF RS<br><br>**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO PLAINTIFF'S REQUEST FOR COURT TO ENTERTAIN MOTION FOR RELIEF FROM JUDGMENT UNDER CIVIL RULE 60(b)(2) & 3 DURING THE PENDENCY OF APPEAL**<br><br>Date: May 23, 2008<br>Time: 9:00 a.m.<br>Courtroom: 3, 5th Floor |

Defendants, through the undersigned counsel, in opposition to the Request for Court to Entertain Motion for Relief from Judgment under Civil Rule 60(b)(2) & (3) during the Pendency of Appeal ("Rule 60 Request"), filed by Plaintiff The O.N. Equity Sales Company ("ONESCO"), hereby gives notice of their intent to rely on the following supplemental authority attached hereto as Exhibit "1."

<u>ONESCO</u> v. Pals, ___ F. Supp. 2d ___, 2008 WL 1993043 (N.D. Iowa May 5, 2008).

In <u>Pals</u>, the court rejected a motion substantially identical to ONESCO's Rule 60 Request, for the following reasons:

> The court finds that ONESCO is not entitled to relief from the court's September 6, 2007, ruling compelling arbitration pursuant to either Rule 60(b)(2) or (b)(3). As to relief pursuant to Rule 60(b)(2), the court concludes that ONESCO has failed to show that its "new" time line evidence, even if material, would probably have led to a different result, where that evidence does not demonstrate that the events on which the court previously relied are immaterial or irrelevant, nor does it plainly prove that the only material events occurred after the end of Lancaster's association with ONESCO. As to relief pursuant to Rule 60(b)(3), the court concludes that ONESCO has failed to prove, by clear and convincing evidence, that Pals or its counsel engaged in any fraudulent activity or, in the alternative, that the declarations on which the court previously relied are actually perjurious, and ONESCO has failed to show that the evidence, even if fraudulent or perjurious, prevented ONESCO from fully and fairly litigating the arbitrability issue, where ONESCO already had access to or could with reasonable diligence have obtained the information on which it now relies prior to the court's original ruling.

<u>Id</u>. at *14.

Respectfully submitted,

DATED: May 14, 2008

GOODMAN & NEKVASIL, P.A.

By: /s/ Joel A. Goodman
Joel A. Goodman
Attorney *pro hac vice*

LAW OFFICES OF RICHARD A. KUTCHE
Richard A. Kutche
Local counsel

Attorneys for Defendants

# CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List below.

      /s/ Joel A. Goodman
Joel A. Goodman
Goodman & Nekvasil, P.A.
14020 Roosevelt Blvd., Suite 808
P.O. Box 17709
Clearwater, Florida 33762
Telephone:  727-524-8486
Facsimile:  727-524-8786

**Electronic Mail Notice List**

Daniel T. Balmat
dbalmat@ssd.com, rarroyo@ssd.com

Joseph Anthony Meckes
jmeckes@ssd.com, sfr_docket@ssd.com

Marion Homer Little, Jr,
little@litohio.com

Michael R. Reed
reed@litohio.com