Joel A. Goodman (FL Bar No. 802468)
Admitted *pro hac vice*
Email: gn.law@verizon.net
Goodman & Nekvasil, P.A.
14020 Roosevelt Blvd., Suite 808
P.O. Box 17709
Clearwater, Florida 33762
Telephone: 727-524-8486
Facsimile: 727-524-8786

Richard A. Kutche (CA Bar No. 151950)
Email: rakutche@pacbell.net
Law Offices of Richard A. Kutche
46 South First Street
San Jose, CA 95113
Telephone: (408) 295-0474
Facsimile: (408) 295-6693
Local counsel

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE O.N. EQUITY SALES COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS NEMES, Individually and as Trustee of the THOMAS NEMES TRUST, MICHAEL J. BENKERT, Individually and on Behalf of SHORE 2 SHORE ENTERPRISES, INC., and JERRY J. THOMAS and NANCY M. THOMAS, Individually and as Trustees of the JERRY J. THOMAS and NANCY M. THOMAS 1998 INTER VIVOS TRUST,<br><br>Defendants. | Case No. C 07-03303 JF RS<br><br>**DEFENDANTS' SECOND NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO PLAINTIFF'S REQUEST FOR COURT TO ENTERTAIN MOTION FOR RELIEF FROM JUDGMENT UNDER CIVIL RULE 60(b)(2) & 3 DURING THE PENDENCY OF APPEAL**<br><br>Date: May 23, 2008<br>Time: 9:00 a.m.<br>Courtroom: 3, 5th Floor |

Defendants, through the undersigned counsel, in opposition to the Request for Court to Entertain Motion for Relief from Judgment under Civil Rule 60(b)(2) & (3) during the Pendency of Appeal ("Rule 60 Request"), filed by Plaintiff The O.N. Equity Sales Company ("ONESCO"), hereby give notice of their intent to rely on the following supplemental authority attached hereto as Exhibit "1."

ONESCO v. Gibson, ___ F. Supp. 2d ___, 2008 WL 2067058 (S.D.W. Va. May 15, 2008).

-1-

In <u>Gibson</u>, the court rejected a motion substantially identical to ONESCO's Rule 60 Request, in part for the following reasons:

> [T]here are a number of events which occurred during Lancaster's association with ONESCO and these may turn out to be significant on the merits of Gibson's claim against ONESCO. Mindful of its role not to become involved with the merits of the case, the Court remains convinced that this matter has properly been submitted to arbitration.
>
> . . . .
>
> . . . ONESCO has done nothing to demonstrate fraud on the part of the opposing party. Although Plaintiff has made Defendant's counsel a villain in an intriguing story, there is nothing to demonstrate that it is anything more than fable.

<u>Id</u>. at *4-5.

                                     Respectfully submitted,

DATED: May 19, 2008               GOODMAN & NEKVASIL, P.A.

                                     By: /s/ Joel A. Goodman
                                     Joel A. Goodman
                                     Attorney *pro hac vice*

                              LAW OFFICES OF RICHARD A. KUTCHE
                                     Richard A. Kutche
                                     Local counsel

                              Attorneys for Defendants

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 19, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List below.

           /s/ Joel A. Goodman
Joel A. Goodman
Goodman & Nekvasil, P.A.
14020 Roosevelt Blvd., Suite 808
P.O. Box 17709
Clearwater, Florida 33762
Telephone:  727-524-8486
Facsimile:  727-524-8786

**Electronic Mail Notice List**

Daniel T. Balmat
dbalmat@ssd.com, rarroyo@ssd.com

Marion Homer Little, Jr,
little@litohio.com

Joseph Anthony Meckes
jmeckes@ssd.com, sfr_docket@ssd.com

Michael R. Reed
reed@litohio.com