Joel A. Goodman (FL Bar No. 802468)
Admitted *pro hac vice*
Email: gn.law@verizon.net
Goodman & Nekvasil, P.A.
14020 Roosevelt Blvd., Suite 808
P.O. Box 17709
Clearwater, Florida 33762
Telephone: 727-524-8486
Facsimile: 727-524-8786

Richard A. Kutche (CA Bar No. 151950)
Email: rakutche@pacbell.net
Law Offices of Richard A. Kutche
46 South First Street
San Jose, CA 95113
Telephone: (408) 295-0474
Facsimile: (408) 295-6693
Local counsel

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE O.N. EQUITY SALES COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS NEMES, Individually and as Trustee of the THOMAS NEMES TRUST, MICHAEL J. BENKERT, Individually and on Behalf of SHORE 2 SHORE ENTERPRISES, INC., and JERRY J. THOMAS and NANCY M. THOMAS, Individually and as Trustees of the JERRY J. THOMAS and NANCY M. THOMAS 1998 INTER VIVOS TRUST,<br><br>Defendants. | Case No. C 07-03303 JF RS<br><br>**PARTIES' JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING ON PLAINTIFF'S REQUEST FOR COURT TO ENTERTAIN MOTION FOR RELIEF FROM JUDGMENT UNDER CIVIL RULE 60(b)(2) & 3 DURING THE PENDENCY OF APPEAL** |

Defendants, Thomas Nemes, *et al.*, through their undersigned counsel, and Plaintiff, The O.N. Equity Sales Company ("ONESCO"), through its undersigned counsel, pursuant to Local Civil Rules 6-1 and 7-7(b), hereby submit the parties' joint stipulation to continue the hearing on ONESCO's Request for Court to Entertain Motion for Relief from Judgment under Civil Rule 60(b)(2) & 3 During the Pendency of Appeal ("Rule 60 Request"), previously scheduled for May 23, 2008, at 9:00 a.m., to the new date of July 18, 2008, at 9:00 a.m., in Courtroom 3, before the

1  Honorable Jeremy Fogel. The parties are presently in settlement discussions and request more time
2  to complete their discussions. The parties had initially agreed to ask only for an additional 30 days,
3  but they are requesting a continuance until July 18, because Defendants' counsel understands from
4  this Court's calendar clerk that July 18 is the next available hearing date.

5      WHEREFORE, the parties jointly stipulate that the Court continue the hearing on
6  ONESCO's Rule 60 Request until July 18, 2008, before the Honorable Jeremy Fogel.

7      SO STIPULATED.

8  Dated: May 20, 2008                        GOODMAN & NEKVASIL, P.A.

                                       By:   /s/ Joel A. Goodman
                                               Joel A. Goodman
                                               Attorney *pro hac vice* for Defendants

                                   LAW OFFICES OF RICHARD A. KUTCHE
                                         Richard A. Kutche
                                         Local counsel

Dated: May 20, 2008                        ZEIGER, TIGGES & LITTLE, LLP

                                       By:   /s/ Marion H. Little, Jr.
                                               Marion H. Little, Jr.
                                               Michael R. Reed
                                               Attorneys *pro hac vice* for Plaintiff

                                   SQUIRES, SANDERS & DEMPSEY, LLP
                                         Joseph A. Meckes, Esq.
                                         Daniel T. Balmat, Esq.
                                         Local Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List below.

    /s/ Joel A. Goodman
Joel A. Goodman
Goodman & Nekvasil, P.A.
14020 Roosevelt Blvd., Suite 808
P.O. Box 17709
Clearwater, Florida 33762
Telephone:  727-524-8486
Facsimile:  727-524-8786

**Electronic Mail Notice List**

| | |
|---|---|
| Daniel T. Balmat<br>dbalmat@ssd.com, rarroyo@ssd.com | Marion Homer Little, Jr,<br>little@litohio.com |
| Joseph Anthony Meckes<br>jmeckes@ssd.com, sfr_docket@ssd.com | Michael R. Reed<br>reed@litohio.com |