**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE O.N. EQUITY SALES COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>THOMAS NEMES, Individually and as Trustee of the THOMAS NEMES TRUST, MICHAEL J. BENKERT, Individually and on Behalf of SHORE 2 SHORE ENTERPRISES, INC., and JERRY J. THOMAS and NANCY M. THOMAS, Individually and as Trustees of the JERRY J. THOMAS and NANCY M. THOMAS 1998 INTER VIVOS TRUST,<br><br>    Defendants. | Case No. C 07-03303 JF RS<br><br>Judge Jeremy Fogel<br><br>**[PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFF'S REQUEST FOR COURT TO ENTERTAIN MOTION FOR RELIEF FROM JUDGMENT UNDER CIVIL RULE 60(B)(2) & 3 DURING THE PENDENCY OF APPEAL** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court, having reviewed and considered the Parties' Joint Stipulation to Continue Hearing on Plaintiff's Request for Court to Entertain Motion for Relief from Judgment under Civil Rule 60(b)(2) & 3 During the Pendency of Appeal ("Rule 60 Request"), hereby adopts the stipulation and continues the hearing on Plaintiff's Rule 60 Request until July 18, 2008, at 9:00 a.m., before the Honorable Jeremy Fogel, in Courtroom 3, 5th Floor, 280 South 1st Street, San Jose, CA 95113.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated this _____ day of May, 2008.

                                                      Jeremy Fogel
                                                      United States District Judge