Joel A. Goodman (FL Bar No. 802468)
Admitted *pro hac vice*
Email: gn.law@verizon.net
Goodman & Nekvasil, P.A.
14020 Roosevelt Blvd., Suite 808
P.O. Box 17709
Clearwater, Florida 33762
Telephone: 727-524-8486
Facsimile: 727-524-8786

Richard A. Kutche (CA Bar No. 151950)
Email: rakutche@pacbell.net
Law Offices of Richard A. Kutche
46 South First Street
San Jose, CA 95113
Telephone: (408) 295-0474
Facsimile: (408) 295-6693
Local counsel

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE O.N. EQUITY SALES COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS NEMES, Individually and as Trustee of the THOMAS NEMES TRUST, MICHAEL J. BENKERT, Individually and on Behalf of SHORE 2 SHORE ENTERPRISES, INC., and JERRY J. THOMAS and NANCY M. THOMAS, Individually and as Trustees of the JERRY J. THOMAS and NANCY M. THOMAS 1998 INTER VIVOS TRUST,<br><br>　　　　Defendants. | Case No. C 07-03303 JF RS<br><br>**PARTIES' JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING ON PLAINTIFF'S REQUEST FOR COURT TO ENTERTAIN MOTION FOR RELIEF FROM JUDGMENT UNDER CIVIL RULE 60(b)(2) & 3 DURING THE PENDENCY OF APPEAL** |

Defendants, Thomas Nemes, *et al.*, through their undersigned counsel, and Plaintiff, The O.N. Equity Sales Company ("ONESCO"), through its undersigned counsel, pursuant to Local Civil Rules 6-1 and 7-7(b), hereby submit the parties' joint stipulation to continue the hearing on ONESCO's Request for Court to Entertain Motion for Relief from Judgment under Civil Rule 60(b)(2) & 3 During the Pendency of Appeal ("Rule 60 Request"), previously scheduled for July 18, 2008, at 9:00 a.m., to the new date of September 26, 2008, at 9:00 a.m., in Courtroom 3, before the

1  Honorable Jeremy Fogel. The parties have settled this case in principle, but they request additional
2  time to complete the paperwork. Defendants' counsel understands from this Court's calendar clerk
3  that September 26 is the next available hearing date.
4      WHEREFORE, the parties jointly stipulate that the Court continue the hearing on
5  ONESCO's Rule 60 Request until September 26, 2008, before the Honorable Jeremy Fogel.
6      SO STIPULATED.

7  Dated: July 11, 2008                GOODMAN & NEKVASIL, P.A.

8                                           By:   /s/ Joel A. Goodman
9                                                 Joel A. Goodman
                                               Attorney *pro hac vice* for Defendants

10                                      LAW OFFICES OF RICHARD A. KUTCHE
                                         Richard A. Kutche
11                                          Local counsel

12
13 Dated: July 11, 2008                ZEIGER, TIGGES & LITTLE, LLP

14                                          By:   /s/ Marion H. Little, Jr.
                                               Marion H. Little, Jr.
15                                                Michael R. Reed
                                               Attorneys *pro hac vice* for Plaintiff
16
17                                    SQUIRES, SANDERS & DEMPSEY, LLP
                                         Joseph A. Meckes, Esq.
18                                          Daniel T. Balmat, Esq.
                                         Local Counsel

19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List below.

/s/ Joel A. Goodman
Joel A. Goodman
Goodman & Nekvasil, P.A.
14020 Roosevelt Blvd., Suite 808
P.O. Box 17709
Clearwater, Florida 33762
Telephone:  727-524-8486
Facsimile:  727-524-8786

**Electronic Mail Notice List**

| | |
|---|---|
| Daniel T. Balmat | Marion Homer Little, Jr, |
| dbalmat@ssd.com, rarroyo@ssd.com | little@litohio.com |
| | |
| Joseph Anthony Meckes | Michael R. Reed |
| jmeckes@ssd.com, sfr_docket@ssd.com | reed@litohio.com |