Joel A. Goodman (FL Bar No. 802468)
Admitted *pro hac vice*
Email: gn.law@verizon.net
Goodman & Nekvasil, P.A.
14020 Roosevelt Blvd., Suite 808
P.O. Box 17709
Clearwater, Florida 33762
Telephone: 727-524-8486
Facsimile: 727-524-8786

Richard A. Kutche (CA Bar No. 151950)
Email: rakutche@pacbell.net
Law Offices of Richard A. Kutche
46 South First Street
San Jose, CA 95113
Telephone: (408) 295-0474
Facsimile: (408) 295-6693
Local counsel

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE O.N. EQUITY SALES COMPANY, <br><br>Plaintiff, <br><br>v. <br><br>THOMAS NEMES, Individually and as Trustee of the THOMAS NEMES TRUST, MICHAEL J. BENKERT, Individually and on Behalf of SHORE 2 SHORE ENTERPRISES, INC., and JERRY J. THOMAS and NANCY M. THOMAS, Individually and as Trustees of the JERRY J. THOMAS and NANCY M. THOMAS 1998 INTER VIVOS TRUST, <br><br>Defendants. | Case No. C 07-03303 JF RS <br><br><br>**DECLARATION OF JOEL A. GOODMAN** |

I, Joel A. Goodman, declare and state as follows:

1. I am an attorney licensed to practice law before all courts of the State of Florida. I am a member of Goodman & Nekvasil, P.A., counsel for the Defendants in this cause and in the underlying arbitration. I am fully familiar with the facts set forth below. If called to testify at trial I would and could competently testify to the following.

2.  The parties seek to continue the hearing on the Plaintiff's Request for Court to Entertain Motion for Relief from Judgment under Civil Rule 60(b)(2) & 3 During the Pendency of Appeal, because they have settled this case in principle but need more time to complete the paperwork. Defendants' counsel understands from this Court's calendar clerk that September 26, 2008, is the next available hearing date. The parties have requested one previous continuance to complete their settlement discussions. The requested continuance should not otherwise impact the processing of this case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 11th day of July, 2008.

          /s/ Joel A. Goodman
          Joel A. Goodman
          Counsel for Defendants