ZEIGER, TIGGES & LITTLE LLP
Marion H. Little, Jr. (0042679)
Michael R. Reed, Esq. (0063995)
3500 Huntington Center
41 South High Street
Columbus, OH  43215
Telephone:  (614) 365-990
Facsimile:   (614) 365-7900
Email:  little@litohio.com

SQUIRE, SANDERS & DEMPSEY L.L.P.
Joseph A. Meckes (State Bar No. 190279)
Daniel T. Balmat (State Bar No. 230504)
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492
Telephone:  (415) 954-0200
Facsimile:   (415) 393-9887
Email:  **jmeckes@ssd.com**
Email:  **dbalmat@ssd.com**

Attorneys for Plaintiff
THE O.N. EQUITY SALES COMPANY

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(SAN JOSE DIVISION)**

| | |
|---|---|
| THE O.N. EQUITY SALES COMPANY, an Ohio Corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>THOMAS NEMES, INDIVIDUALLY AND AS TRUSTEE OF THE THOMAS NEMES TRUST, and MICHAEL J. BENKERT, INDIVIDUALLY AND ON BEHALF OF SHORE 2 SHORE ENTERPRISES, INC., and JERRY J. THOMAS, INDIVIDUALLY AND AS TRUSTEE OF THE JERRY J. THOMAS AND NANCY M. THOMAS 1998 INTER VIVOS TRUST, and NANCY M. THOMAS, INDIVIDUALLY AND AS TRUSTEE OF THE JERRY J. THOMAS AND NANCY M. THOMAS 1998 INTER VIVOS TRUST<br><br>　　　　　Defendants. | Case No.  C07-03303 JF (RS)<br><br>The Honorable Jeremy Fogel<br><br>**(Filed via ECF/PACER)**<br><br>**STIPULATED NOTICE OF**<br>**DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule 41(a)(1) and the agreement of the parties, Plaintiff The O.N. Equity Sales Company ("ONESCO") and Defendants Thomas Nemes, Individually and as Trustee of the Thomas Nemes Trust, and Michael J. Benkert, Individually and on Behalf of Shore 2 Shore Enterprises, Inc., and Jerry J. Thomas, Individually and as Trustee of the Jerry J. Thomas and Nancy M. Thomas 1998 Inter Vivos Trust, and Nancy M. Thomas, Individually and as Trustee of the Jerry J. Thomas and Nancy M. Thomas 1998 Inter Vivos Trust (collectively, the "Defendants") hereby stipulate to dismissal of this action with prejudice, each party to bear its own costs.

IT IS SO STIPULATED.

| | |
|---|---|
| /s/ Marion H. Little, Jr. | /s/ Joel A. Goodman |
| Marion H. Little, Jr.   (0042679)<br>Michael R. Reed   (0063995)<br>ZEIGER, TIGGES & LITTLE LLP<br>3500 Huntington Center<br>41 South High Street<br>Columbus, Ohio  43215<br>(614) 365-9900<br>(Fax) (614) 365-7900<br><br>Attorneys for Plaintiff<br>The O.N. Equity Sales Company | Joel A. Goodman<br>Goodman & Nekvasil, P.A.<br>14020 Roosevelt Blvd., Suite 808<br>P.O. Box 17709<br>Clearwater, FL  33762<br>PH:  727-524-8486<br>Fax:  727-524-8786<br><br>Attorneys for Defendants<br>Thomas Nemes, Individually and as Trustee of the Thomas Nemes Trust, and Michael J. Benkert, Individually and on Behalf of Shore 2 Shore Enterprises, Inc., and Jerry J. Thomas, Individually and as Trustee of the Jerry J. Thomas and Nancy M. Thomas 1998 Inter Vivos Trust, and Nancy M. Thomas, Individually and as Trustee of the Jerry J. Thomas and Nancy M. Thomas 1998 Inter Vivos Trust |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 28, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the following CM/ECF registrants:

>Joel A. Goodman
>Goodman & Nekvasil, P.A.
>14020 Roosevelt Blvd., Suite 808
>Clearwater, FL  33762

>s/ Marion H. Little, Jr.